# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| CENTER FOR MEDICARE ADVOCACY, INC. | UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF     88888 | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Patricia B. Nemore Center for Medicare Advocacy, Inc. 1101 Vermont Avenue, NW Suite 1001 Washington, DC 20005 | |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ( ) 1 U.S. Government Plaintiff
- ( ) 3 Federal Question (U.S. Government Not a Party)
- (●) 2 U.S. Government Defendant
- ( ) 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ( ) 1 | ( ) 1 | Incorporated or Principal Place of Business in This State | ( ) 4 | ( ) 4 |
| Citizen of Another State | ( ) 2 | ( ) 2 | Incorporated and Principal Place of Business in Another State | ( ) 5 | ( ) 5 |
| Citizen or Subject of a Foreign Country | ( ) 3 | ( ) 3 | Foreign Nation | ( ) 6 | ( ) 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ( ) A. Antitrust

- [ ] 410 Antitrust

### ( ) B. Personal Injury/ Malpractice

- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

### ( ) C. Administrative Agency Review

- [ ] 151 Medicare Act

**Social Security:**
- [ ] 861 HIA ((1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g)
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g)

**Other Statutes**
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

### ( ) D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

### ( ) E. General Civil (Other)    OR    ( ) F. Pro Se General Civil

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 610 Agriculture
- [ ] 620 Other Food &Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**Other Statutes**
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus/* *2255* | ○ **H.** *Employment Discrimination* | ◉ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ **530 Habeas Corpus-General**<br>☐ **510 Motion/Vacate Sentence** | ☐ **442 Civil Rights-Employment**<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ **895 Freedom of Information Act**<br>☐ **890 Other Statutory Actions** (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ **152 Recovery of Defaulted Student Loans** (excluding veterans) |

| ○ **K.** *Labor/ERISA* *(non-employment)* | ○ **L.** *Other Civil Rights* *(non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ **710 Fair Labor Standards Act**<br>☐ **720 Labor/Mgmt. Relations**<br>☐ **730 Labor/Mgmt. Reporting & Disclosure Act**<br>☐ **740 Labor Railway Act**<br>☐ **790 Other Labor Litigation**<br>☐ **791 Empl. Ret. Inc. Security Act** | ☐ **441 Voting (if not Voting Rights Act)**<br>☐ **443 Housing/Accommodations**<br>☐ **444 Welfare**<br>☐ **440 Other Civil Rights**<br>☐ **445 American w/Disabilities-Employment**<br>☐ **446 Americans w/Disabilities-Other** | ☐ **110 Insurance**<br>☐ **120 Marine**<br>☐ **130 Miller Act**<br>☐ **140 Negotiable Instrument**<br>☐ **150 Recovery of Overpayment & Enforcement of Judgment**<br>☐ **153 Recovery of Overpayment of Veteran's Benefits**<br>☐ **160 Stockholder's Suits**<br>☐ **190 Other Contracts**<br>☐ **195 Contract Product Liability**<br>☐ **196 Franchise** | ☐ **441 Civil Rights-Voting** (if Voting Rights Act) |

**V. ORIGIN**

◉ **1 Original Proceeding**   ○ **2 Removed from State Court**   ○ **3 Remanded from Appellate Court**   ○ **4 Reinstated or Reopened**   ○ **5 Transferred from another district** (specify)   ○ **6 Multi district Litigation**   ○ **7 Appeal to District Judge from Mag. Judge**

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC Sec. 552. To order the production of certain agency records related to the design and establishment of Medicare administrative hearings

---

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** └ ─ ─ ─ ─ ─ ─ ┘ **JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☐   NO ☐ |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  11/22/05     SIGNATURE OF ATTORNEY OF RECORD   *Patricia B. Nenno*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

   I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C.,  and 99999 if plaintiff is outside the United States.

   III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

   IV.   CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

   VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

   VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR MEDICARE ADVOCACY, INC. | ) | |
| 11 Ledgebrook Drive | ) | |
| Mansfield, CT 06250 | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES | ) | |
| 330 Independence Ave., S.W. | ) | |
| Washington, D.C. 20201 | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *as amended*, to order the production of certain agency records related to the design and establishment of Medicare administrative hearings by videoconferencing technology. This action is brought due to the defendant's failure to respond in timely fashion to a request for such information.

2. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff Center For Medicare Advocacy, Inc. ("the Center") is a non-profit corporation with offices in Connecticut, Arizona, and Washington, D.C. that educates and advocates for Medicare beneficiaries across the nation. The Center has concerns about the defendant's new system for conducting most Medicare administrative law judge hearings from remote sites by videoconferencing technology.

4. On August 25, 2005 plaintiff wrote to defendant through its counsel, Sally Hart,

requesting documents pursuant to the Freedom of Information Act, 5 U.S.C. § 5 U.S.C. § 552.

The letter asked for "[a]ll articles, reports, studies, memoranda, letters and writings of any kind

concerning videoconferencing (VTC) that have been or are being reviewed and/or used in

designing and/or establishing the Medicare administrative law judge hearings by VTC that are

described at 42 C.F.R. §§ 405.1036, et seq." A copy of the letter is attached hereto as Exhibit A.

5. Plaintiff's counsel received a letter dated October 3, 2005 from Michael S. Marquis,

Director, Freedom of Information Group, Centers for Medicare & Medicaid Services in

Baltimore, Maryland. The letter informed plaintiff that its letter had been received and that, due

to a heavy backlog of FOIA requests, the agency had established a policy of "first in, first out

case processing." It gave no information about when or if the information requested would be

provided to plaintiff. It alleged no exceptional circumstances for the delay and did not inform

plaintiff of her appeal rights. A copy of the letter is attached hereto as Exhibit B.

6. The Freedom of Information Act requires defendant to respond to requests for

information under the Act within 20 days, excepting Saturdays, Sundays, and legal public

holidays. 5 U.S.C. § 552(a)(6)(A)(i).

7. Defendant has failed to comply with the timeliness requirement for responding to

plaintiff's request for information. None of the exceptions to this timeliness requirement set out

at 5 U.S.C. § 552(a)(6)(B) are present in this case.

8. Plaintiff has exhausted its administrative remedies pursuant to 5 U.S.C. §

552(a)(6)(C).

9. Plaintiff has a statutory right to the records that it seeks, and there is no legal basis for

defendant's refusal to disclose them.

WHEREFORE, plaintiff prays that this Court:

1. Declare that defendant's refusal to disclose the records requested by plaintiff is unlawful;

2. Order defendant to make the requested records available to plaintiff

3. Award plaintiff its costs and reasonable attorneys' fees in this action; and

4. Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

*Patricia B. Nemore*

PATRICIA B. NEMORE
D.C. Bar No. 204446
Center for Medicare Advocacy, Inc.
1101 Vermont Avenue, N.W., Suite 1001
Washington, D.C. 20005
(202) 216-0028

GILL DEFORD
D.C. Bar No. 459280
JUDITH STEIN
BRAD PLEBANI
Center for Medicare Advocacy, Inc.
P.O. Box 350
Willimantic, CT 06226
(860) 456-7790

SALLY HART
Center for Medicare Advocacy, Inc.
100 North Stone Ave., Suite 305
Tucson, AZ 85701
(520) 327-9547

Attorneys for Plaintiff

DATED: November 22, 2005



CENTER FOR MEDICARE ADVOCACY, INC.
100 NORTH STONE AVENUE, SUITE 305
TUCSON, ARIZONA 85701
(520) 327-9647  FAX (520) 884-0992

**ATTORNEYS\***
Judith A. Stein
Brad S. Plebani
Pamela A. Meliso
Gill Deford
Alfred J. Chiplin, Jr.
Toby Edelman
Vicki Gottlich
Patricia Nemore
Lara K. Stauning
Mary T. Berthelot
Mary A. Ashkar

**OF COUNSEL**
Sally Hart
Wey-Wey Elaine Kwok\*

\*Admitted in other jurisdictions

**ADMINISTRATOR**
Carolyn S. Boyle

**MEDICAL ADVOCACY COORDINATOR**
Ellen L. Lang, R.N., M.P.H.

**DATA PROJECT DIRECTOR**
Larry S. Glatz

SENT BY CERTIFIED MAIL, RETURN
RECEIPT REQUESTED
August 25, 2005

Freedom of Information Officer
Centers For Medicare & Medicaid Services
North Building, Room N2-20-06
7500 Security Boulevard
Baltimore, MD 21244-1850

Re:  Freedom of Information Request

Dear Freedom of Information Officer:

The Center For Medicare Advocacy, Inc., requests the following documents and information, pursuant to the Freedom of Information Act, 5 U.S.C. § 552:

All articles, reports, studies, memoranda, letters and writings of any kind concerning videoconferencing (VTC) that have been or are being reviewed and/or used in designing and/or establishing the Medicare administrative law judge hearings by VTC that are described at 42 C.F.R. § 405.1036, et seq.

We request that you waive fees for supplying this information.  The Center for Medicare Advocacy, Inc., is a not-for-profit organization that educates and advocates on behalf of Medicare beneficiaries.

We also request that you provide this information on an expedited basis, as the change to the new VTC hearing system is occurring now.  We ask that you provide the requested documents as they are located rather than waiting to supply them all when the process of gathering them has been completed.

EXHIBIT A

Freedom of Information Officer
Centers For Medicare & Medicaid Services
August 25, 2005
Page 2


If you have any questions about this request, please give me a call, or contact me by Email at
shart@azdisabilitylaw.org.  Thank you for your assistance with this request.

Yours very truly,

Sally Hart
Of Counsel



DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop N2-20-16
Baltimore, Maryland 21244-1850

*CENTERS for MEDICARE & MEDICAID SERVICES*

Office of Strategic Operations and Regulatory Affairs/ Freedom of Information Group

Refer to:   C05FOI2226EW (CAS)

OCT 03 2005

Sally Hart
Center for Medicare Advocacy, Inc.
100 North Stone Avenue
Suite 305
Tucson, Arizona 85701

Dear Ms. Hart.

I am acknowledging receipt of your Freedom of Information Act (FOIA) request dated August 25, 2005. Because we receive a very heavy volume of FOIA requests, we have had to establish a policy of "first in, first out" case processing. This policy is consistent with court decisions regarding FOIA's time limits. Please be assured that a search has been initiated for records falling within the scope of your request. If any such records are located, they will be reviewed as soon as possible, and you will be notified of our decision regarding release or non release of those documents.

You have asked for a waiver or reduction of the fees that we would customarily charge for furnishing agency records. You have not, however, furnished sufficient information to enable us to determine whether a waiver or reduction of fees is warranted. In order to consider your request for a waiver or reduction of fees, we will need additional information from you. Enclosed you will find a copy of the Department of Health and Human Services FOIA regulation which sets forth the two tests which disclosure of information must meet in order for fees to be waived or reduced. Please carefully review this information and provide a detailed explanation of how disclosure to you will meet the stated tests. I especially need to know how you intend to disseminate the information to the public.

When submitting additional information, please refer to the case number listed at the top left-hand corner of this letter, and send it to: Freedom of Information Group, N2-20-16, 7500 Security Boulevard, Baltimore, Maryland 21244-1850.

EXHIBIT B

Page 2 – Ms. Hart

If you do not furnish any additional information to justify a waiver or reduction of fees, then you will owe the full cost of responding to your request.  If at any time the estimate of such fees exceeds $250.00, we will invoice you for the amount of the estimated fee and suspend processing of your request until the fee is paid.

Sincerely yours,

Michael S. Marquis
Director
Freedom of Information Group

Enclosure

NOTE:

Any questions regarding the status of this request should be referred to:  Charlotte Smith at (410) 786-6498.

CO-386-online
10/03

# United States District Court
# For the District of Columbia

CENTER FOR MEDICARE
ADVOCACY, INC.

              Plaintiff

vs

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

              Defendant

Civil Action No._____

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Plaintiff  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Center for Medicare Advocacy, Inc.  which have

any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Patricia B. Nemore*
Signature

204446
BAR IDENTIFICATION NO.

Patricia B. Nemore
Print Name

1101 Vermont Avenue, NW Suite 1001
Address

Washington, DC  20005
City     State     Zip Code

202-216-0028
Phone Number