

CO-386-online
10/03

FILED
NOV 23 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
## For the District of Columbia

CENTER FOR MEDICARE )
ADVOCACY, INC. )
)
            Plaintiff )
vs )  Civil Action No. _____
)
UNITED STATES DEPARTMENT OF )
HEALTH AND HUMAN SERVICES )
)
            Defendant )

CASE NUMBER 1:05CV02266

JUDGE: Reggie B. Walton

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 11/23/2005

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Center for Medicare Advocacy, Inc.__ which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Patricia B. Nemore_
Signature

__204446__
BAR IDENTIFICATION NO.

Patricia B. Nemore
Print Name

__1101 Vermont Avenue, NW Suite 1001__
Address

__Washington, DC  20005__
City       State       Zip Code

__202-216-0028__
Phone Number

2