```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY,  )
   INC.                        )
11 LEDGEBROOK DRIVE            )
MANSFIELD, CT  06250,          )
                               )
     Plaintiff,                )
                               )
     v.                        )  Civil Action No. 05-2266 (RBW)
                               )
UNITED STATES DEPARTMENT OF    )
   HEALTH AND HUMAN SERVICES   )
330 INDEPENDENCE AVENUE, SW.   )
WASHINGTON, DC  20201,         )
                               )
     Defendant.                )
                               )
```

## PRAECIPE

The Clerk of said Court will please enter the appearance of Graham L. Barron as principal counsel for defendant in the above-captioned civil action.


Dated:  December 19, 2005        GRAHAM L. BARRON
                                 (DC Bar #475312)
                                 Attorney-Advisor
                                 Office of Information and Privacy
                                 United States Department of
                                   Justice
                                 Flag Building, Suite 570
                                 Washington, DC  20530-0001
                                 (202) 616-5463
                                 Counsel for Defendant