UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY, )
  INC.,                       )
                              )
        Plaintiff,            )
                              )
        v.                    )   Civil Action No. 05-2266 (RBW)
                              )
UNITED STATES DEPARTMENT OF   )
  HEALTH AND HUMAN SERVICES,  )
                              )
        Defendant.            )
_____)

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, by its undersigned attorneys, respectfully moves the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an order granting an enlargement of time of twenty days, to and including January 18, 2006, in which to respond to plaintiff's Complaint for Declaratory and Injunctive Relief.

Plaintiff commenced this action on November 23, 2005, under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2000 & Supp. II. 2002), seeking the disclosure of records related to the design and establishment of Medicare administrative hearings by videoconferencing technology.  Under the FOIA, defendant is due to respond to plaintiff's Complaint within thirty days of service of process, in this case by December 29, 2005.  See 5 U.S.C. § 552(a)(4)(C).

The requested enlargement of time is necessary in order for this case to be prepared for the most efficient adjudication of the issues before the Court.  Certain administrative

-2-

difficulties, including defendant's principal counsel's absence from the office during the coming week, as well as several Federal holidays during December and January, have arisen which will prevent counsel from resolving issues related to the factual and procedural background of this action for which he must consult with agency counsel. Therefore, enlargement will afford defendant the time needed to fully prepare its response to plaintiff's Complaint.

Defendant respectfully suggests that such an enlargement by twenty calendar days will not materially delay this action and that it should facilitate the efficient adjudication of the issues before the Court. Pursuant to Local Rule 7(m), principal counsel for defendant has discussed this motion with counsel for plaintiff, who has authorized defendant to state that plaintiff does not oppose this motion.

-3-

<u>Conclusion</u>

For the foregoing reasons, defendant respectfully requests that its unopposed motion for enlargement of time be granted.

Respectfully submitted,

_____

KENNETH L. WAINSTEIN
(DC Bar #451058)
United States Attorney


_____

R. CRAIG LAWRENCE
(DC Bar #171538)
Assistant United States Attorney


_____

Dated:  December 22, 2005    GRAHAM L. BARRON
(DC Bar #475312)
Attorney-Advisor
Office of Information and Privacy
United States Department of
  Justice
Flag Building, Suite 570
Washington, DC  20530-0001