```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY,  )
   INC.,                       )
                               )
      Plaintiff,               )
                               )
   v.                          )   Civil Action No. 05-2266 (RBW)
                               )
UNITED STATES DEPARTMENT OF    )
   HEALTH AND HUMAN SERVICES,  )
                               )
      Defendant.               )
                               )
```

ORDER

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time, and of the entire record herein, and it appearing to the Court that the granting of the motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this ___ day of _____ 200_,

ORDERED that Defendant's Unopposed Motion for Enlargement of Time be, and it hereby is, granted; and it is further

-2-

ORDERED that the time by which defendant shall file its response to plaintiff's Complaint for Declaratory and Injunctive Relief be, and it hereby is, enlarged by twenty days, to and including January 18, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Patricia B. Nemore, Esq.
Center for Medicare Advocacy,
  Inc.
1101 Vermont Ave., NW, Suite 1001
Washington, DC  20005

Graham L. Barron
Attorney-Advisor
Office of Information and
  Privacy
United States Department of
  Justice
Flag Building, Suite 570
Washington, DC  20530