UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CENTER FOR MEDICARE ADVOCACY, INC.   )
                                     )
            Plaintiff,               )
                                     )
        v.                           )   C.A. No. 1:05CV02266
                                     )         (RBW)
UNITED STATES DEPARTMENT OF          )
HEALTH AND HUMAN SERVICES            )
                                     )
            Defendant.               )
_____)

DECLARATION OF PATRICIA B. NEMORE CONCERNING SERVICE OF COMPLAINT
AND SUMMONSES

I, Patricia B. Nemore, attorney for Plaintiff, hereby certify that on November 23, 2005, I caused to be mailed, by certified mail, return receipt requested, the complaint and summons in the above-captioned case to the following:

U.S. Department of Health and Human Services
200 Independence Avenue, S.W. Suite 615F
Washington, D.C. 20201

U.S. Attorney for the District of Columbia
501 3rd Street, N.W., Suite 4500
Washington, D.C. 20001
Attn: Civil Process Clerk

Alberto Gonzales
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

I am over eighteen years of age and am not a party to this litigation.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2006.

_____
PATRICIA B. NEMORE
D.C. Bar #204446
Attorney for Plaintiff