UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY, )
  INC.,                       )
                              )
      Plaintiff,              )
                              )
      v.                      )   Civil Action No. 05-2266 (RBW)
                              )
UNITED STATES DEPARTMENT OF   )
  HEALTH AND HUMAN SERVICES,  )
                              )
      Defendant.              )
_____)

ANSWER

Defendant, by its undersigned attorneys, hereby answers the Complaint as follows:

FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

In response to the numbered paragraphs of the Complaint, defendant admits, denies, or otherwise avers as follows:

1.  This paragraph consists of plaintiff's characterization of this action, which does not require an answer, but to the extent that an answer may be deemed required, deny.

2.  This paragraph consists of plaintiff's allegation regarding jurisdiction, which does not require an answer, but to the extent that an answer may be deemed required, deny.

3.  Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

-2-

4.  Deny, except to aver receipt of a letter from plaintiff, through counsel, dated August 25, 2005, a copy of which is attached to the Complaint as Exhibit A, and to which the Court is respectfully referred for a complete and accurate statement of its contents.

5.  Deny, except to aver transmittal of a letter to plaintiff's counsel dated October 3, 2005, a copy of which is attached to the Complaint as Exhibit B, and to which the Court is respectfully referred for a complete and accurate statement of its contents.

6.  Deny, as a conclusion of law.

7.  Deny, as conclusions of law.

8.  Deny, as a conclusion of law.

9.  Deny, as conclusions of law.

Each and every allegation not heretofore expressly admitted or denied is denied.

Defendant denies that plaintiff is entitled to the relief prayed for or to any relief whatsoever.

-3-

WHEREFORE, defendant, having fully answered, respectfully prays that this action be dismissed with prejudice and that defendant be granted its costs.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
(DC Bar No. 451058)
United States Attorney


_____
R. CRAIG LAWRENCE
(DC Bar No. 171538)
Assistant United States Attorney



Dated:  January 18, 2006    _____
GRAHAM L. BARRON
(DC Bar No. 475312)
Attorney-Advisor
Office of Information and Privacy
United States Department of
  Justice
Flag Building, Suite 570
Washington, DC  20530-0001