```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

CENTER FOR MEDICARE ADVOCACY, )
  INC., )
                                          )
    Plaintiff, )
                                           )
    v. )   Civil Action No. 05-2266 (RBW)
                                           )
UNITED STATES DEPARTMENT OF )
  HEALTH AND HUMAN SERVICES, )
                                           )
    Defendant. )
                                           )

## PRAECIPE

The Clerk of the Court will please note that as of February 13, 2006, the address for Graham L. Barron, principal counsel for defendant, will be:

        Graham L. Barron
        Attorney-Advisor
        Office of Information and Privacy
        United States Department of Justice
        1425 New York Ave., NW, Suite 11050
        Washington, DC  20530-0001

Dated: February 8, 2006        GRAHAM L. BARRON
                                        (DC Bar No. 475312)
                                        Attorney-Advisor
                                        Office of Information and Privacy
                                        United States Department of Justice
                                        FLAG Building, Suite 570
                                        Washington, DC  20530-0001
                                        (202) 616-5463