UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR MEDICARE ADVOCACY, INC. )<br>11 Ledgebrook Drive )<br>Mansfield, CT 06250 )<br>             Plaintiff, )<br> )<br> )   Civil Action No. 05-2266(RBW)<br> )<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES )<br>330 Independence Ave., S.W. )<br>Washington, D.C. 20201 )<br>             Defendant. )<br>_____)| |

## PLAINTIFF'S MOTION FOR INJUNCTION

Plaintiff hereby moves, pursuant to Federal Rule of Civil Procedure 65, for an injunction ordering the defendant to take the following steps in compliance with the Freedom Of Information Act (FOIA):

1. provide all documents responsive to plaintiff's FOIA request that have not yet been produced;

2. approve plaintiff's request for a waiver of fees for documents provided under FOIA; and,

3. produce a Vaughn index with respect to all documents withheld from plaintiff, so that the claims of exemption under the deliberative process privilege can be evaluated.

The defendant should be ordered to complete these actions within twenty working days of the Court's order. In addition, plaintiff asks the Court to award it attorney fees pursuant to the

FOIA.

This motion is based on the Memorandum Of Points And Authorities In Support Of Plaintiff's Motion For Injunction, Plaintiff's Statement Of Material Facts And Exhibits In Support Of Motion For Injunction, and the other pleadings in this case.

Dated: April 13, 2006

Respectfully submitted

/s/ Patricia B. Nemore
PATRICIA B. NEMORE
D.C. Bar No. 204446
Center for Medicare Advocacy, Inc.
1101 Vermont Avenue, N.W., Suite 1001
Washington, D.C. 20005
(202) 216-0028


GILL DEFORD
D.C. Bar No. 459280

JUDITH STEIN
BRAD PLEBANI
Center for Medicare Advocacy, Inc.
P.O. Box 350
Willimantic, CT 06226
(860) 456-7790

SALLY HART
Center for Medicare Advocacy, Inc.
100 North Stone Ave., Suite 305
Tucson, AZ 85701
(520) 327-9547

Attorneys for Plaintiff