UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR MEDICARE ADVOCACY, INC.<br>11 Ledgebrook Drive<br>Mansfield, CT 06250<br>　　　　　　Plaintiff,<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES<br>330 Independence Ave., S.W.<br>Washington, D.C. 20201<br>　　　　　　Defendant. | Civil Action No. 05-2266(RBW) |

## PROPOSED ORDER

This matter comes before the Court on Plaintiff's Motion For Injunction. Upon consideration of the motion and supporting pleadings and documents, it is hereby

ORDERED that defendant shall provide all documents responsive to plaintiff's FOIA request that have not yet been produced; and it is further

ORDERED that plaintiff's request for a waiver of fees for documents provided under FOIA shall be granted; and it is further

ORDERED that defendant shall produce a Vaughn index with respect to all documents withheld from plaintiff; and it is further

ORDERED that defendant shall complete these actions within twenty working days; and it is further

ORDERED that plaintiffs are awarded attorney fees pursuant to the FOIA.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE