**CENTER FOR MEDICARE ADVOCACY, INC.**
100 NORTH STONE AVENUE, SUITE 305
TUCSON, ARIZONA 85701
(520) 327-9547  FAX (520) 884-0992

ATTORNEYS*
  Judith A. Stein
  Brad S. Plebani
  Pamela A. Meliso
  Gill Deford
  Alfred J. Chiplin, Jr.
  Toby Edelman
  Vicki Gottlich
  Patricia Nemore
  Lara K. Stauning
  Mary T. Berthelot
  Mary A. Ashkar

OF COUNSEL
  Sally Hart
  Wey-Wey Elaine Kwok*

*Admitted in other jurisdictions

ADMINISTRATOR
  Carolyn S. Boyle

MEDICAL ADVOCACY COORDINATOR
  Ellen L. Lang, R.N., M.P.H.

DATA PROJECT DIRECTOR
  Larry S. Glatz

SENT BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED
August 25, 2005

Freedom of Information Officer
Centers For Medicare & Medicaid Services
North Building, Room N2-20-06
7500 Security Boulevard
Baltimore, MD 21244-1850

Re: Freedom of Information Request

Dear Freedom of Information Officer:

The Center For Medicare Advocacy, Inc., requests the following documents and information, pursuant to the Freedom of Information Act, 5 U.S.C. § 552:

All articles, reports, studies, memoranda, letters and writings of any kind concerning videoconferencing (VTC) that have been or are being reviewed and/or used in designing and/or establishing the Medicare administrative law judge hearings by VTC that are described at 42 C.F.R. § 405.1036, et seq.

We request that you waive fees for supplying this information. The Center for Medicare Advocacy, Inc., is a not-for-profit organization that educates and advocates on behalf of Medicare beneficiaries.

We also request that you provide this information on an expedited basis, as the change to the new VTC hearing system is occurring now. We ask that you provide the requested documents as they are located rather than waiting to supply them all when the process of gathering them has been completed.

**Exhibit A**

Freedom of Information Officer
Centers For Medicare & Medicaid Services
August 25, 2005
Page 2

If you have any questions about this request, please give me a call, or contact me by Email at shart@azdisabilitylaw.org. Thank you for your assistance with this request.

Yours very truly,

Sally Hart
Of Counsel