DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop N2-20-16
Baltimore, Maryland 21244-1850




Office of Strategic Operations and Regulatory Affairs/ Freedom of Information Group

OCT 03 2005

Refer to: C05FOI2226EW (CAS)

Sally Hart
Center for Medicare Advocacy, Inc.
100 North Stone Avenue
Suite 305
Tucson, Arizona 85701

Dear Ms. Hart.

I am acknowledging receipt of your Freedom of Information Act (FOIA) request dated August 25, 2005. Because we receive a very heavy volume of FOIA requests, we have had to establish a policy of "first in, first out" case processing. This policy is consistent with court decisions regarding FOIA's time limits. Please be assured that a search has been initiated for records falling within the scope of your request. If any such records are located, they will be reviewed as soon as possible, and you will be notified of our decision regarding release or non release of those documents.

You have asked for a waiver or reduction of the fees that we would customarily charge for furnishing agency records. You have not, however, furnished sufficient information to enable us to determine whether a waiver or reduction of fees is warranted. In order to consider your request for a waiver or reduction of fees, we will need additional information from you. Enclosed you will find a copy of the Department of Health and Human Services FOIA regulation which sets forth the two tests which disclosure of information must meet in order for fees to be waived or reduced. Please carefully review this information and provide a detailed explanation of how disclosure to you will meet the stated tests. I especially need to know how you intend to disseminate the information to the public.

When submitting additional information, please refer to the case number listed at the top left-hand corner of this letter, and send it to: Freedom of Information Group, N2-20-16, 7500 Security Boulevard, Baltimore, Maryland 21244-1850.

**Exhibit B**

If you do not furnish any additional information to justify a waiver or reduction of fees, then you will owe the full cost of responding to your request. If at any time the estimate of such fees exceeds $250.00, we will invoice you for the amount of the estimated fee and suspend processing of your request until the fee is paid.

Sincerely yours,

Michael S. Marquis
Director
Freedom of Information Group

Enclosure

NOTE:

Any questions regarding the status of this request should be referred to: Charlotte Smith at (410) 786-6498.