# CENTER FOR MEDICARE ADVOCACY, INC.
100 NORTH STONE AVENUE, SUITE 305
TUCSON, ARIZONA 85701
(520) 327-9547   FAX (520) 884-0992

**ATTORNEYS***
Judith A. Stein
Brad S. Plebani
Pamela A. Meliso
Gill Deford
Alfred J. Chiplin, Jr.
Toby Edelman
Vicki Gottlich
Patricia Nemore
Lara K. Stauning
Mary T. Berthelot
Mary A. Ashkar

**OF COUNSEL**
Sally Hart
Wey-Wey Elaine Kwok*

*Admitted in other jurisdictions

**ADMINISTRATOR**
Carolyn S. Boyle

**MEDICAL ADVOCACY COORDINATOR**
Ellen L. Lang, R.N., M.P.H.

**DATA PROJECT DIRECTOR**
Larry S. Glatz

SENT CERTIFIED MAIL (No. 70040750000285196798)
RETURN RECEIPT REQUESTED
October 31, 2005

Michael S. Marquis, Director
Freedom of Information Group
Centers For Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop N2-20-16
Baltimore, MD 21244-1850

Re: Freedom of Information Act Appeal

Dear Director Marquis::

Pursuant to the Freedom Of Information Act, the Center For Medicare Advocacy, Inc. requested documents and information pertaining to the new VTC Medicare administrative hearings on August 25, 2005. A copy of our letter is enclosed.

You responded by letter dated October 3, 2005, stating that CMS would not be providing the requested documents within the prescribed statutory time frame, despite the fact that we requested the information on an expedited basis because the VTC hearing system is now being implemented. Your letter stated that our request would be handled according to a "first in, first out" system. No documents have been supplied to date, nor have we been given any estimate as to when they might be supplied.

Under 45 C.F.R. Subpart C. § 5.35a. we are proceeding as if you had denied our request and hereby appeal the denial.

Your letter also denied the request in our August 25, 2005 letter for a waiver of the fees charged for supplying agency records. Your letter stated that we had not furnished sufficient information to enable you to determine whether a waiver of fees is warranted. It stated that a copy of the DHHS FOIA regulation setting out the tests for waiver of fees was enclosed, but there was no enclosure in your letter. Nevertheless, we appeal the denial of our request for waiver of fees.

**Exhibit C**

Michael S. Marquis, Director
Freedom of Information Group
Centers For Medicare & Medicaid Services
October 31, 2005
Page 2


The Center for Medicare Advocacy, Inc., is a well known not-for-profit organization that educates and advocates on behalf of Medicare beneficiaries nationwide. In carrying out our mission we prepare materials and provide trainings for Medicare beneficiaries, advocates and attorneys, comment on proposed Medicare legislation and regulations, represent beneficiaries in the administrative appeals process, and bring individual and class action lawsuits on behalf of beneficiaries. We clearly meet the standard for waiver of fees set out at 45 C.F.R. Subpart D. § 5.45 because we will use the information requested concerning VTC hearings to further the interests of Medicare beneficiaries and their advocates who will be required to use the new hearing process. The Center For Medicare Advocacy, Inc. has no commercial interest in the requested documents.

For the foregoing reasons we urge you to immediately provide us with the requested documents, and to waive fees for such documents. If you have any questions about this appeal please give me a call or contact me by Email at shart@azdisabilitylaw.org.

Yours very truly,

Sally Hart
Of Counsel


Enclosure