DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop N2-20-16
Baltimore, Maryland 21244-1850



**Office of Strategic Operations and Regulatory Affairs / Freedom of Information Group**

November 16, 2005

Refer to:  FOIA Appeal C06FOI0236A

Ms. Sally Hart, Esquire
Center for Medicare Advocacy, Inc.
100 North Stone Avenue
Suite 305
Tucson, Arizona  85701

Dear Ms. Hart:

I am acknowledging receipt of your October 31, 2005 appeal, which you sent to my attention as director of the Freedom of Information Group, Centers for Medicare & Medicaid Services (CMS). We will process your appeal as expeditiously as possible, consistent with Department of Health and Human Services FOIA rules set forth at 45 CFR Part 5.

Questions regarding your appeal should be directed to Ms. Deborah Peters at (410) 786-3677. Additionally, for your convenience, Ms. Peters may also be contacted via e-mail at Deborah.Peters@cms.hhs.gov.

Sincerely,

Michael S. Marquis
Director
Freedom of Information Group

Exhibit D