DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop N2-20-16
Baltimore, Maryland 21244-1850

**CMS/**
CENTERS for MEDICARE & MEDICAID SERVICES

**Office of Strategic Operations and Regulatory Affairs/Freedom of Information Group**

Refer to: C05FOI2226EW

DEC 2 7 2005

Sally Hart
Center for Medicare Advocacy, Inc.
100 North Stone Avenue, Suite 305
Tucson, Arizona 85701

Dear Ms. Hart:

This is in response to your August 25, 2005, Freedom of Information Act (FOIA) request, submitted to the Centers for Medicare & Medicaid Services (CMS), for records concerning videoconferencing (VTC) that have been or are being reviewed and/or used in designing and/or establishing the Medicare administrative law judge hearings by VTC that are described at 42 C.F.R. § 405.1036, *et seq*.

In line with Department of Health and Human Services' (HHS) FOIA regulations at 45 C.F.R. §§ 5.31(a)(1)(i) and 5.31(a)(1)(ii), I have referred your request and all responsive records located within CMS's files to Mr. Robert Eckert, Director, Freedom of Information/Privacy Acts Division, Office of the Assistant Secretary for Public Affairs, HHS for disposition. This action was necessary because some records responsive to your request may be housed in HHS offices and units other than CMS, and because responsive records located within CMS's files include records involving other HHS offices and units. Mr. Eckert's office will respond to both your request for records and for a waiver of FOIA processing fees.

Sincerely,

*[signature]*

Michael S. Marquis
Director
Freedom of Information Group

cc: Robert Eckert

Exhibit E