**DEPARTMENT OF HEALTH & HUMAN SERVICES**  Office of the Secretary

Case No. 2006-0141RE                                                          Washington, D.C. 20201

January 19, 2006

Ms. Sally Hart
Center for Medicare Advocacy, Inc.
100 North Stone Avenue, Suite 305
Tucson, Arizona 85701

Dear Ms. Hart:

This is an interim response to your August 25, 2005, Freedom of Information Act (FOIA) request to the Freedom of Information Officer, Centers for Medicare & Medicaid Services (CMS), Baltimore, Maryland, seeking all documentation concerning videoteleconferencing (VTC) that has been or is being reviewed and/or used in designing and/or establishing the Medicare administrative law judge hearings, by VTC, that are described at 42 C.F.R. Section 405.1036, et. seq. Your request, along with thirty-seven (37) pages of records responsive to your request, has been referred to my office from CMS for disposition determination.

Of the 37 pages, thirty-three (33) pages are being released to you, in their entirety. I have determined to withhold three (3) pages, in their entirety, and portions of one (1) page under exemption (b)(5). Exemption (b)(5) permits withholding of internal government records which is intended to protect and preserve free and candid internal dialogue leading to decision-making. The material falls within the deliberative process and attorney-client privileges, and contains staff advice, opinion and recommendation.

Our review identified a portion of one (1) page, and ten (10) pages, in their entirety, that originated in the Social Security Administration (SSA). It is this Department's policy to refer records originating in a Federal agency, outside of HHS, to that agency for disposition determination. Therefore, we have referred those pages to SSA for its review and direct response to you as to whether or not the records may be released. If you have any questions concerning this referral, please contact Ethel Burrows on (410) 965-3948.

In CMS' October 3, 2005, letter to you, you were asked to provide additional justification for a fee waiver, for your request. No justification has been received and I have determined to deny your requested fee waiver because the criteria in the Department's regulations at 45 C.F.R. Section 5.45 have not been met.

I have also determined to deny your request for expedited processing because it did not satisfy the criteria in 5 U.S.C. Section 552(a)(6)(E)(v).

**Exhibit F**

Page 2 - Ms. Sally Hart - Case No. 2006-0141RE

There is no charge for FOIA processing services at this time. We will provide an estimate of charges when we ascertain that the billable fees will exceed our $25.00 threshold for billing purposes. FOIA requesters in your fee category receive two hours of search time, and the first 100 pages of duplication services, without charge.

If you have reason to believe that any denied documents should not be exempt from disclosure, you may appeal. Your appeal should be mailed within thirty (30) days from the date of receipt of this letter, to the Deputy Assistant Secretary for Public Affairs (Media), U.S. Department of Health and Human Services, Room 645F, HHH Building, 200 Independence Avenue, S.W., Washington, D.C. 20201. Clearly mark both the envelope and your letter of appeal "FOIA APPEAL".

Sincerely,

*Robert Eckert* (signature)

Robert Eckert
Director
FOI/Privacy Acts Division
Office of Public Affairs

Enclosures