February 17, 2006

Deputy Assistant Secretary for Public Affairs (Media),
U.S. Department of Health and Human Services,
Room 645F, HHH Building,
200 Independence Avenue, SW
Washington, D.C. 20201

FOIA APPEAL – Case No. 2006-014IRE, originally filed August 25, 2005
FOIA Appeal C06FOI0136A, filed October 31, 2005

Dear Assistant Secretary,

The Center for Medicare Advocacy, Inc. hereby appeals the denial of fee waiver request in the above-identified case.

By letter of January 19, 2006, Robert Eckert, Director, FOI/Privacy Acts Division, Office of Public Affairs of the Department of Health and Human Services states that the Center was asked for justification of its fee request by letter of October 3, 2005. He further states that "no justification has been received and I have determined to deny your requested fee waiver because" the criteria of the law have not been met.

It is not true that the Center for Medicare Advocacy provided no justification for its request in response to the October 3rd letter. By letter dated October 31, 2005 to Michael S. Marquis, at the address identified in the October 3rd letter, Ms. Sally Hart, on behalf of the Center, provided the following justification:

"The Center for Medicare Advocacy, Inc. is a well known not-for-profit organization that educates and advocates on behalf of Medicare beneficiaries nationwide. In carrying out our mission we prepare materials and provide trainings for Medicare beneficiaries, advocates and attorneys, comment on proposed Medicare legislation and regulations, represent beneficiaries in the administrative appeals process, and bring individual and class action lawsuits on behalf of beneficiaries. We clearly meet the standard for waiver of fees set out in 45 C.F.R. Subpart D. §5.45 because we will use the information

**Exhibit G**

requested concerning VTC hearings to further the interests of Medicare beneficiaries and their advocates who will be required to use the new hearing process. The Center For (sic) Medicare Advocacy, Inc. has no commercial interest in the requested documents."

For the stated reasons, the Center is entitled to a waiver of all fees in connection with its FOIA request.

Sincerely,

Patricia B. Nemore
Attorney