

# SOCIAL SECURITY

Refer to:
S9H: PK2775

March 2, 2006

Ms. Sally Hart
Center for Medicare Advocacy, Incorporated
100 North Stone Avenue, Suite 305
Tucson, AZ 85701

Dear Ms. Hart:

I am writing to you in connection with your Freedom of Information Act (FOIA) request to the Centers for Medicare & Medicaid Services (CMS) dated August 25, 2005, in which you requested information about video-teleconferencing (VTC) and administrative law judge hearings. The CMS referred your request to the Social Security Administration (SSA) because some information in CMS files originated with SSA.

CMS notified you in an earlier letter that a portion of one (1) page, and ten (10) pages in their entirety, were being referred to us for our review and determination regarding disclosure. We have reviewed these pages and have decided that this information cannot be released to you. We are withholding this information pursuant to Exemption 5 of the FOIA (5 U.S.C. § 552(b)(5)).

Exemption 5 of the FOIA (5 U.S.C. § 552(b)(5)) protects advice, opinions, recommendations, pre-decisional discussion, draft documents, and evaluative remarks that are part of the government decision-making process. Release of such information would harm the quality of that process and would run counter to the policy of encouraging frank, open discussions among agency personnel before making a final decision.

The most commonly invoked privilege within exemption 5 is the *deliberative process privilege*. The general purpose of this privilege is to prevent injury to the quality of agency decisions and protect the decision-making processes of government agencies. The purpose of the deliberative process privilege is to allow agencies freely to explore alternative avenues of action and to engage in internal debates without fear of scrutiny (Missouri ex rel. Shorr v. United States Army Corps of Engineers, 147 F.3d 708, 710 (8th Cir. 1998)). Exemption 5 protects not merely documents, but also the integrity of the deliberative process itself where the exposure of that process could result in harm.

Exhibit H

If you disagree with this decision, you may request a review. Mail your appeal within 30 days after you receive this letter to the Executive Director for the Office of Public Disclosure, Social Security Administration, 6401 Security Boulevard, Baltimore, Maryland 21235. Mark the envelope "Freedom of Information Appeal."

Sincerely,

Joyce Schaul
Freedom of Information Officer