**CENTER FOR MEDICARE ADVOCACY, INC.**
100 NORTH STONE AVENUE, SUITE 305
TUCSON, ARIZONA 85701
(520) 327-9547  FAX (520) 884-0992

ATTORNEYS*
 Judith A. Stein
 Brad S. Plebani
 Pamela A. Meliso
 Gill Deford
 Alfred J. Chiplin, Jr.
 Toby Edelman
 Vicki Gottlich
 Patricia Nemore
 Lara K. Stauning
 Mary T. Berthelot
 Mary A. Ashkar

OF COUNSEL
 Sally Hart
 Wey-Wey Elaine Kwok*

*Admitted in other jurisdictions

ADMINISTRATOR
 Carolyn S. Boyle

MEDICAL ADVOCACY COORDINATOR
 Ellen L. Lang, R.N., M.P.H.

DATA PROJECT DIRECTOR
 Larry S. Glatz

March 8, 2006

*Sent via Federal Express*

Executive Director
Office of Public Disclosure
Social Security Administration
6401 Security Blvd.
Baltimore, MD 21235

Re:   Freedom of Information Appeal
      S9H: PK2775

Dear Sir or Madam:

This letter is an appeal of a decision by the Social Security Administration to refuse to release information requested under the Freedom of Information Act.

The information at issue was requested by the undersigned on behalf of the Center For Medicare Advocacy, Inc., on August 25, 2005. The request letter was directed to the Center For Medicare & Medicaid Services (CMS), and sought documents related to videoconferencing (VTC) that were reviewed by the agency in designing and establishing the Medicare administrative law judge hearings conducted by VTC.

By letter of December 27, 2005, Michael S. Marquis, Director of the Freedom of Information Group at CMS, informed us that he had referred our FOIA request to the Department of Health and Human Services (HHS) because some of the requested records involved other HHS offices and units. In a letter of March 2, 2006, the Social Security Administration announced its decision

**Exhibit I**

CENTRAL OFFICE:   P.O. BOX 350, WILLIMANTIC, CT 06226   (860) 456-7790   FAX (860) 456-2614

Executive Director
Office of Public Disclosure
March 8, 2006
Page 2

to withhold documents included in our request, claiming an exemption under the deliberative process privilege of 5 U.S.C. § 552(b)(5).

We ask you to provide descriptions of the documents for which you assert this exemption together with explanations of the bases for your deliberative process claims. If you have any questions about this appeal, please contact me.

Yours very truly,

*Sally Hart*

Sally Hart
Litigation Group