**DEPARTMENT OF HEALTH & HUMAN SERVICES**　　　　　Office of the Secretary

Case No. 2006-0141RE　　　　　　　　　　　　　　　Washington, D.C. 20201

March 8, 2006

Ms. Sally Hart
Center for Medicare Advocacy, Inc
100 North Stone Avenue, Suite 305
Tucson, Arizona 85701

Dear Ms. Hart:

This is a second interim response to your August 25, 2005, Freedom of Information Act (FOIA) request to the Freedom of Information Officer, Centers for Medicare & Medicaid Services (CMS), Baltimore, Maryland, seeking all documentation concerning videoteleconferencing (VTC) that has been or is being reviewed and/or used in designing and/or establishing the Medicare administrative law judge hearings, by VTC, that are described at 42 C.F.R. Section 405.1036, et. seq.

Staff in the Office of the General Counsel (OGC) provided this office with seven thousand four hundred and nine (7,409) pages of records responsive to your request. I have determined to withhold seven thousand one hundred and fifty-nine (7,159) pages in their entirety under exemption (b)(5) of the FOIA. The remaining two hundred fifty (250) pages are being released in their entirety. The withholdings consist of draft regulations, draft staff manuals and other draft documents circulated to OGC by the agency for legal comments.

Exemption (b)(5) permits withholding of internal government records which is intended to protect and preserve free and candid internal dialogue leading to decision-making. The material falls within the deliberative process and attorney-client privileges, and contains staff advice, opinion and recommendation.

Again, no charge for FOIA processing services has been determined at this time. We will provide an estimate of charges when we ascertain that the billable fees will exceed our $25.00 threshold for billing purposes. FOIA requesters in your fee category receive two hours of search time, and the first 100 pages of duplication services, without charge.

If you have reason to believe that any denied documents should not be exempt from disclosure, you may appeal. Your appeal should be mailed within thirty (30) days from the date of receipt of this letter, to the Deputy Assistant Secretary for Public Affairs (Media), U.S. Department of

**Exhibit J**

Page 2 - Ms. Sally Hart - Case No. 2006-0141RE

Health and Human Services, Room 645F, HHH Building, 200 Independence Avenue, S.W., Washington, D.C. 20201. Clearly mark both the envelope and your letter of appeal "FOIA APPEAL".

Sincerely,

Robert Eckert
Director
FOI/Privacy Acts Division
Office of Public Affairs

Enclosures