DEPARTMENT OF HEALTH & HUMAN SERVICES                                           Office of the Secretary

---

Case No. 2006-0141RE                                                            Washington, D.C. 20201

March 20, 2006

Ms. Sally Hart
Center for Medicare Advocacy, Inc.
100 North Stone Avenue, Suite 305
Tucson, Arizona 85701

Dear Ms. Hart:

This is in response to your August 25, 2005, Freedom of Information Act (FOIA) request in which you asked for a fee waiver.

This office has received your FOIA appeal concerning our denial of your requested fee waiver. Your fee waiver appeal is being processed, and upon completion of processing a determination will be issued by the Assistant Secretary for Public Affairs (Media).

To date, this office has provided you some of the records responsive to your request as the threshold for billing had not been reached. However, at this time additional pages of records have been located, for which the copying costs will exceed the threshold amount of $25.00. In our first two interim responsess, we released two hundred eighty-four (284) pages in full or in part. We have identified an additional four hundred twenty-five (425) pages for release. In order for this office to continue processing your request, you must agree to pay ($60.90) the copying charges for this portion of your request, after allowance for the first one hundred (100) pages, as FOIA requesters in your fee category receive review time, two hours of search time, and the first 100 pages of duplication services without charge. We must receive your agreement to pay within thirty (30) days from the date of receipt of this letter. If we do not receive your agreement to pay, processing of your request will be suspended, pending the processing and determination on your fee waiver appeal.

Sincerely,

*Robert Eckert*

Robert Eckert
Director
FOI/Privacy Acts Division
Office of Public Affairs

Exhibit K