**CENTER FOR MEDICARE ADVOCACY, INC.**
100 NORTH STONE AVENUE, SUITE 305
TUCSON, ARIZONA 85701
(520) 327-9547   FAX (520) 884-0992

ATTORNEYS*
 Judith A. Stein
 Brad S. Plebani
 Pamela A. Meliso
 Gill Deford
 Alfred J. Chiplin, Jr.
 Toby Edelman
 Vicki Gottlich
 Patricia Nemore
 Lara K. Stauning
 Mary T. Berthelot
 Mary A. Ashkar

OF COUNSEL
 Sally Hart
 Wey-Wey Elaine Kwok*

*Admitted in other jurisdictions

ADMINISTRATOR
 Carolyn S. Boyle

MEDICAL ADVOCACY COORDINATOR
 Ellen L. Lang, R.N., M.P.H.

DATA PROJECT DIRECTOR
 Larry S. Glatz

April 7, 2006

*Sent via Federal Express*

Deputy Assistant Secretary for Public Affairs (Media)
U.S. Department of Health and Human Services
Room 645F, HHH Building
200 Independence Ave., S.W.
Washington, D.C. 20201

Re:   Freedom of Information Appeal
       Case No. 2006-0141RE

Dear Sir or Madam:

This letter is an appeal of a decision by the Department of Health and Human Services, refusing to release information requested under the Freedom of Information Act.

The information at issue was requested by the undersigned on behalf of the Center For Medicare Advocacy, Inc., on August 25, 2005. The request letter was directed to the Center For Medicare & Medicaid Services (CMS), and sought documents related to videoconferencing (VTC) that were reviewed by the agency in designing and establishing the Medicare administrative law judge hearings conducted by VTC.

By letter of March 8, 20065, Robert Eckert, Director, FOI/Privacy Acts Division, Office of Public Affairs, informed us that 7,159 pages were being withheld under a claim of exemption based on 5 U.S.C. § 552(b)(5).

**Exhibit L**

Executive Director
Office of Public Disclosure
April 7, 2006
Page 2


We ask you to provide descriptions of the documents for which you assert this exemption together with explanations of the bases for your deliberative process claims. If you have any questions about this appeal, please contact me.

Yours very truly,

Sally Hart
Litigation Group