UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY, )
 INC.,                        )
                              )
     Plaintiff,               )
                              )
     v.                       )  Civil Action No. 05-2266 (RBW)
                              )
UNITED STATES DEPARTMENT OF   )
 HEALTH AND HUMAN SERVICES,   )
                              )
     Defendant.               )
_____)

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, by its undersigned attorneys, respectfully moves

the Court, pursuant to Rule 6(b) of the Federal Rules of Civil

Procedure, for an order granting an enlargement of time in which

to respond to Plaintiff's Motion for Injunction.  This is

defendant's second unopposed request for an enlargement, the

first of which related to the filing of defendant's Answer and

was granted.

Plaintiff commenced this action on November 23, 2005, under

the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2000 &

Supp. III 2003), seeking the disclosure of records related to the

design and establishment of Medicare administrative hearings by

videoconferencing technology.  On January 18, 2006, defendant

filed an Answer to plaintiff's Complaint.  On April 13, 2006,

plaintiff filed a motion for an "injunction," asking the Court to

order defendant to produce all documents responsive to

plaintiff's request, to grant plaintiff's request for a waiver of

-2-

fees, and to provide plaintiff with a <u>Vaughn</u> Index with respect
to those records that have been withheld.  Defendant has
interpreted plaintiff's motion to be in the nature of a motion
for summary judgment.  Defendant's response to plaintiff's motion
is currently due on April 27, 2006.

On April 19, 2006, the Court issued an Order for Initial
Scheduling Conference directing counsel for plaintiff and
defendant to meet and confer about this case, to file a report
concerning those discussions with the Court, and to appear for an
initial scheduling conference on June 20, 2006.

To date, defendant has provided plaintiff with 284 pages and
withheld approximately 7162 pages of responsive records.
Processing of the remaining portion of plaintiff's request is,
however, currently suspended due to issues with respect to
plaintiff's request for the waiver of applicable fees.  Counsel
for plaintiff and defendant have been involved in active
discussions in the days prior to the filing of this motion
regarding plaintiff's request for a fee waiver, but have been
unable to reach an agreement that would provide for completion of
the processing of any remaining responsive records, which appears
to consist of several thousand more pages.

Defendant respectfully suggests that the requested
enlargement of time is necessary in order for this case to
proceed in an orderly manner and for the most efficient

-3-

adjudication of the issues that the parties anticipate will be
before the Court.[1]  The requested enlargement of time would allow
the parties to first comply with the Court's scheduling order of
April 19, 2006, and continue to discuss outstanding issues in
this case.  In accordance with that Order, counsel for plaintiff
and defendant will meet and confer regarding the status of this
case and, as part of that discussion, will jointly propose an
appropriate briefing schedule for timely presentation of the
issues before the Court.  The proposed briefing schedule
developed by the parties will include the timing of defendant's
response to plaintiff's motion for an injunction that is
currently pending before the Court.  Plaintiff and defendant
thereafter will file a report in compliance with Local Civil Rule
16.3 concerning all matters discussed on or prior to June 13,
2006.

     Defendant respectfully suggests that such an enlargement
will not materially delay this action and that it should
facilitate the efficient adjudication of the issues before the
Court.  Pursuant to Local Rule 7(m), principal counsel for

---

[1] Principal counsel for defendant regrets that he was unable
to file this motion for an enlargement of time at an earlier
date.  He attempted to contact lead counsel for plaintiff on
April 20, 2006, with regard to both the Court's scheduling order
issued the previous day and plaintiff's motion for an injunction.
Due to unavoidable scheduling conflicts at both ends, he was
unable to discuss this motion with plaintiff's counsel until
April 24, 2006.  Plaintiff's consent to the filing of this motion
as an unopposed motion was received on April 25, 2006.

-4-

defendant has discussed this motion with counsel for plaintiff, who has authorized defendant to state that plaintiff does not oppose the granting of this motion.

<u>Conclusion</u>

For the foregoing reasons, defendant respectfully requests that its unopposed motion for enlargement of time be granted.

Respectfully submitted,

_____

KENNETH L. WAINSTEIN
(DC Bar #451058)
United States Attorney

_____

RUDOLPH CONTRERAS
(DC Bar #434122)
Assistant United States Attorney

_____/s/_____

Dated:  April 26, 2006     GRAHAM L. BARRON
(DC Bar #475312)
Attorney-Advisor
Office of Information and Privacy
United States Department of
    Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530