```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY,  )
  INC.,                        )
                               )
     Plaintiff,                )
                               )
     v.                        )  Civil Action No. 05-2266 (RBW)
                               )
UNITED STATES DEPARTMENT OF    )
  HEALTH AND HUMAN SERVICES,   )
                               )
     Defendant.                )
_____)
```

ORDER

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time, and of the entire record herein, and it appearing to the Court that the granting of the motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this ___ day of _____ 2006,

ORDERED that Defendant's Unopposed Motion for Enlargement of Time be, and it hereby is, granted; and it is further

ORDERED that plaintiff and defendant shall jointly file a report consistent with the Court's April 19, 2006 scheduling

-2-

order by no later than June 13, 2006, which shall include the parties' proposed briefing schedule.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Patricia B. Nemore, Esq.
Center for Medicare Advocacy, Inc.
1101 Vermont Ave., NW, Suite 1001
Washington, DC  20005

Graham L. Barron
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530