```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY,  )
  INC.,                        )
                               )
     Plaintiff,                )
                               )
     v.                        )   Civil Action No. 05-2266 (RBW)
                               )
UNITED STATES DEPARTMENT OF    )
  HEALTH AND HUMAN SERVICES,   )
                               )
     Defendant.                )
_____)
```

### JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.3(c)

Counsel for the parties, having conferred on May 22-June 8, 2006, on the matters set forth in Local Rule 16.3(c), advise the Court as follows:

1.  This is an action brought under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2000 & Supp. III 2003). The parties agree that the case is likely to be disposed of by dispositive motion. A dispositive motion filed by plaintiff is pending before the Court and the parties respectfully suggest that any action on that motion by the Court await a full briefing of the case by both parties as outlined in the proposed briefing schedule below.

2.  The parties anticipate that no other parties shall be joined or pleadings amended. The parties further agree that most of the factual and legal issues can be agreed upon or narrowed.

3.  The parties agree that this case should not be assigned to a magistrate judge.

-2-

4. The parties agree that a realistic appraisal of the possibility of settlement cannot be formed until defendant has completed its processing of the requested records and has provided a description of the withheld records to plaintiff.

5. Counsel for the parties have discussed with their clients whether this case would benefit from the Court's alternative dispute resolution procedures. The parties agree that this case would not benefit from the Court's alternative dispute resolution procedures.

6. The parties agree that this case is likely to be resolved by summary judgment or by motion to dismiss. Plaintiff has agreed to provide defendant with a commitment to pay applicable fees associated with its request while reserving its right to present its challenge to defendant's denial of plaintiff's fee waiver request to the Court. Upon receipt of plaintiff's commitment to pay fees, defendant will complete the processing of plaintiff's request and provide plaintiff with a description of the documents withheld by defendant[1] so that the parties may attempt to reduce the volume of records and narrow the scope of issues before the Court. Therefore, the parties respectfully propose the following briefing schedule: defendant

---

[1] The parties agree that this descriptive list of withheld records does not constitute defendant's <u>Vaughn</u> Index. Defendant will file a <u>Vaughn</u> Index concerning the withheld records at issue with defendant's cross-motion for summary judgment.

-3-

would file a cross-motion for summary judgment and opposition to Plaintiff's Motion for Injunction by August 28, 2006; plaintiff would file an opposition to defendant's cross-motion and a reply to defendant's opposition by September 11, 2006; defendant would file a reply to plaintiff's opposition, if necessary, by September 25, 2006.

    7.   The parties agree that the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) are not appropriate in this FOIA action.

    8.   The parties agree that discovery ordinarily is not appropriate in a FOIA action.

    9-13.   The parties agree that the matters discussed in these enumerated paragraphs of Local Rule 16.3(c) are not applicable to this FOIA action.

    14.   The parties respectfully submit that this joint statement and proposed briefing schedule obviate the need for the June 20, 2006 Initial Scheduling Conference as ordered by the

-4-

Court on April 19, 2006, and they respectfully suggest that the Initial Scheduling Conference be cancelled.  A proposed order is filed herewith.

                                                Respectfully submitted,

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
|       /s/ | |
| PATRICIA B. NEMORE | KENNETH L. WAINSTEIN |
| (DC Bar No. 204446) | (DC Bar No. 451058) |
| Center for Medicare | United States Attorney |
|  Advocacy, Inc. | |
| 1101 Vermont Ave., NW | |
| Suite 1001 | |
| Washington, DC  20005 | |
| (202) 216-0028 | |
|       /s/ | |
| GILL DEFORD | RUDOLPH CONTRERAS |
| (DC Bar No. 459280) | (DC Bar No. 434122) |
| Center for Medicare | Assistant United States Attorney |
|  Advocacy, Inc. | |
| Post Office Box 350 | |
| Willimantic, CT  06226 | |
| |       /s/ |
| Dated:  June 12, 2006 | GRAHAM L. BARRON |
| | (DC Bar No. 475312) |
| | Attorney-Advisor |
| | Office of Information and Privacy |
| | United States Department of Justice |
| | 1425 New York Ave., NW, Suite 11050 |
| | Washington, DC  20530 |
| | (202) 616-5463 |