```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY, )
  INC.,                       )
                              )
      Plaintiff,              )
                              )
      v.                      )   Civil Action No. 05-2266 (RBW)
                              )
UNITED STATES DEPARTMENT OF   )
  HEALTH AND HUMAN SERVICES,  )
                              )
      Defendant.              )
_____)
```

## ORDER

Upon consideration of the Joint Statement of the Parties Pursuant to Local Rule 16.3(c), and the proposed briefing schedule contained therein, it is by the Court this ___ day of June 2006,

ORDERED that defendant shall file its cross-motion for summary judgment and opposition to Plaintiff's Motion for Injunction on or before August 28, 2006; and it is further

ORDERED that plaintiff shall file its opposition and reply on or before September 11, 2006; and it is further

ORDERED that defendant shall file its reply, if any, on or before September 25, 2006; and it is further

-2-

ORDERED that the Initial Scheduling Conference presently scheduled for June 20, 2006, be, and it hereby is, cancelled.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Patricia B. Nemore, Esq.
Center for Medicare Advocacy, Inc.
1101 Vermont Ave., NW, Suite 1001
Washington, DC  20005

Gill Deford, Esq.
Center for Medicare Advocacy, Inc.
Post Office Box 350
Willimantic, CT  06226

Graham L. Barron
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530