```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY,  )
  INC.,                        )
                               )
    Plaintiff,                 )
                               )
    v.                         )  Civil Action No. 05-2266 (RBW)
                               )
UNITED STATES DEPARTMENT OF    )
  HEALTH AND HUMAN SERVICES,   )
                               )
    Defendant.                 )
                               )
```

<u>PRAECIPE</u>

The Clerk of the Court will please enter the appearance of Michael J. Sherman as principal counsel for defendant in the above-captioned civil action.

```
                                               /s/
Dated:  July 19, 2006          MICHAEL J. SHERMAN
                               Attorney-Advisor
                               Office of Information and Privacy
                               United States Department of Justice
                               1425 New York Ave., NW, Suite 11050
                               Washington, DC  20530-0001
                               (202) 616-5501
```