```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY,  )
  INC.,                        )
                               )
      Plaintiff,               )
                               )
      v.                       )  Civil Action No. 05-2266 (RBW)
                               )
UNITED STATES DEPARTMENT OF    )
  HEALTH AND HUMAN SERVICES,   )
                               )
      Defendant.               )
_____)
```

<u>PRAECIPE</u>

The Clerk of the Court will please withdraw the appearance of Graham L. Barron as principal counsel for defendant in the above-captioned civil action.

```
                                        /s/
                              _____
Dated:  July 19, 2006         GRAHAM L. BARRON
                              Attorney-Advisor
                              Office of Information and Privacy
                              United States Department of Justice
                              1425 New York Ave., NW, Suite 11050
                              Washington, DC  20530-0001
                              (202) 514-3642
```