```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY,  )
  INC.,                        )
                               )
     Plaintiff,                )
                               )
     v.                        )   Civil Action No. 05-2266 (RBW)
                               )
UNITED STATES DEPARTMENT OF    )
  HEALTH AND HUMAN SERVICES,   )
                               )
     Defendant.                )
_____)
```

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, by its undersigned attorneys, respectfully moves the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an order granting an enlargement of time of ten business days, up to and including September 12, 2006, in which to complete its cross-motion for summary judgment and accompanying declarations and Vaughn Indexes.[1]  Defendant further proposes that plaintiff be given until October 3, 2006, to file any opposition, with defendant having until October 17, 2006, to file its reply.

Plaintiff commenced this action on November 23, 2005, under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2000 &

---

[1] Though the Department of Health and Human Services (HHS) is the only named defendant in this action, certain of the documents that defendant located in response to plaintiff's Freedom of Information Act request originated with the Social Security Administration (SSA) and were referred to that agency for processing.  Because of this, both HHS and SSA are preparing declarations and Vaughn Indexes that will be filed together with defendant's cross-motion for summary judgment.

-2-

Supp. III 2003), seeking the disclosure of records related to the design and establishment of Medicare administrative hearings by videoconferencing technology.

On June 12, 2006, plaintiff and defendant filed a Joint Statement of the Parties Pursuant to Local Rule 16.3(c).  This statement contained a proposed briefing schedule, which was memorialized and approved by the Court in an Order also dated June 12, 2006.

However, due to the large volume of records involved in the current litigation, as well as the correspondingly large number of entries in defendant's Vaughn Index, defendant requires additional time in which to finish its motion for summary judgment in an orderly fashion.  Defendant is taking all reasonable steps to complete this task as quickly as possible. Defendant respectfully submits that the requested enlargement will not materially delay the resolution of this case.

Pursuant to Local Rule 7(m), defendant's principal counsel has conferred with plaintiff's counsel regarding the instant motion and has been advised that plaintiff does not oppose it.

-3-

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time. A proposed order is attached herewith.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
(DC Bar #451058)
United States Attorney

_____
RUDOLPH CONTRERAS
(DC Bar No. 434122)
Assistant United States Attorney

_____/s/_____
Dated:  August 23, 2006    MICHAEL J. SHERMAN
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 616-5501