UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY, )
 INC.,                        )
                              )
     Plaintiff,               )
                              )
     v.                       )   Civil Action No. 05-2266 (RBW)
                              )
UNITED STATES DEPARTMENT OF   )
 HEALTH AND HUMAN SERVICES,   )
                              )
     Defendant.               )
_____)

ORDER

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time, of all papers filed with respect thereto, and of the entire record herein, and it appearing to the Court that the granting of the motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this ____ day of _____ 2006,

ORDERED that Defendant's Unopposed Motion for Enlargement of Time be, and it hereby is, granted; and it is further

ORDERED that the time by which defendant shall file its cross-motion for summary judgment and accompanying papers be, and it hereby is, enlarged to and including September 12, 2006; and it is further

ORDERED that plaintiff shall file its opposition to defendant's motion by no later than October 3, 2006; and it is further

-2-

ORDERED that defendant shall file its reply, if any, by no later than October 17, 2006.

_____

UNITED STATES DISTRICT JUDGE

Copies to:

Patricia B. Nemore, Esq.
Center for Medicare
  Advocacy, Inc.
1101 Vermont Ave., NW
  Suite 1001
Washington, DC  20005


Gill Deford, Esq.
Center for Medicare
  Advocacy, Inc.
Post Office Box 350
Willimantic, CT  06226

Michael J. Sherman
Attorney-Advisor
Office of Information and
  Privacy
United States Department of
  Justice
1425 New York Ave., NW,
  Suite 11050
Washington, DC  20530-0001