```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY,  )
  INC.,                        )
                               )
     Plaintiff,                )
                               )
     v.                        )   Civil Action No. 05-2266 (RBW)
                               )
UNITED STATES DEPARTMENT OF    )
  HEALTH AND HUMAN SERVICES,   )
                               )
     Defendant.                )
_____)
```

ORDER

Upon consideration of Plaintiff's "Motion for Injunction" and Defendant's Cross-Motion for Summary Judgment, of all papers filed with respect thereto, and of the entire record herein, and it appearing to the Court that the denial of plaintiff's motion and the granting of defendant's motion, pursuant to Rule 56 of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____ 2006,

ORDERED that Plaintiff's "Motion for Injunction" be, and it hereby is, denied; and it is further

-2-

ORDERED that Defendant's Motion for Summary Judgment be, and it hereby is, granted; and it is further

ORDERED that this action be, and it hereby is, dismissed.

```
                                    _____
                                    UNITED STATES DISTRICT JUDGE
```

Copies to:

| | |
|---|---|
| Patricia B. Nemore, Esq.<br>Center for Medicare<br>  Advocacy, Inc.<br>1101 Vermont Ave., NW<br>Suite 1001<br>Washington, DC  20005 | Michael J. Sherman<br>Attorney-Advisor<br>Office of Information and<br>  Privacy<br>United States Department of<br>  Justice<br>1425 New York Ave., NW<br>Suite 11050<br>Washington, DC  20530-0001 |
| Gill Deford, Esq.<br>Center for Medicare<br>  Advocacy, Inc.<br>Post Office Box 350<br>Willimantic, CT  06226 | |