UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY, )
)
      Plaintiff, )
)
v. )    Civil Action No. 05-2266
)
UNITED STATES DEPARTMENT OF )
HEALTH AND HUMAN SERVICES, )
)
      Defendant. )
_____)

## DECLARATION OF PATRICIA M. MANTOAN

I, Patricia M. Mantoan, declare as follows:

1. I am an attorney in the General Law Division of the Office of the General Counsel in the U.S. Department of Health and Human Service (HHS). Among my areas of legal expertise is the Freedom of Information Act (FOIA). I have served in this position since September 1997.

2. I make this declaration on the basis of personal knowledge.

3. I am the current agency counsel for the above-captioned litigation and have reviewed the documents at issue in this litigation.

4. The Vaughn index that was filed by HHS in this matter indicates that Document Nos. 33, 109, and 186 contain draft Government Accountability Office (GAO) reports in which GAO instructed HHS that the drafts were GAO property. GAO is an agent of the legislative branch.

5. Exhibit "a" of this declaration contains true and accurate copies of two letters from GAO, dated August 27, 2004 and June 1, 2005. The August 27, 2004 letter was attached to the draft GAO reports described in Document Nos. 109 and 186 of the Vaughn index. The June 1, 2005 letter was attached to the draft GAO report described in Document No. 33 of the Vaughn

index. Both these letters state, "All drafts remain the property of GAO." The letters also state, with respect to the particular draft GAO report enclosed, "Please do not show or release its contents for any purpose." The letters further state, "Upon request, all electronic copies of drafts must be destroyed and any hard copies of drafts must be returned." These two letters were released to plaintiff during the course of this litigation.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746. Executed on the 7th day of September, 2006.

_____
Patricia M. Mantoan

**GAO**
Accountability * Integrity * Reliability

United States Government Accountability Office
Washington, DC 20548

August 27, 2004

The Honorable Tommy G. Thompson
Secretary of Health and Human Services

Dear Mr. Secretary:

Enclosed is a copy of our proposed report entitled *MEDICARE: Incomplete Plan to Transfer Appeals Workload from SSA to HHS Threatens Service to Appellants* (GAO-04-1055). We are providing this draft for your review and comment before the report is issued.

We would like to obtain HHS's written or oral comments from you or your designated representative by September 13, 2004. These comments will be reflected in the final report. Please direct all comments and any questions you may have concerning this draft to me at (312) 220-7600 or Geri Redican-Bigott, Assistant Director, at (312) 220-7678. You may also reach us by email at aronovitzl@gao.gov or redicanbigottg@gao.gov.

As the cover indicates, this draft has not been fully reviewed within GAO, is subject to change, and must be safeguarded to prevent its improper disclosure. Please do not show or release its contents for any purpose. All drafts remain the property of GAO. Upon request, all electronic copies of drafts must be destroyed and any hard copies of drafts must be returned. We appreciate your cooperation in this matter.

Sincerely yours,

Leslie G. Aronovitz
Director, Health Care—Program
 Administration and Integrity Issues

Enclosure

Exhibit a



United States Government Accountability Office
Washington, DC 20548



June 1, 2005

The Honorable Michael O. Leavitt
The Secretary of Health and Human Services

Dear Mr. Secretary:

Enclosed is a copy of our proposed correspondence entitled *MEDICARE: Concerns Remain Regarding Plans to Transfer the Appeals Workload from SSA to HHS* (GAO-05-703R). We are providing this draft for your review and comment before the correspondence is issued.

We would like to obtain HHS' written or oral comments from you or your designated representative by June 15, 2005. These comments will be reflected in the final correspondence. Please direct all comments and any questions you may have concerning this draft to me at (312) 220-7600 or Geri Redican-Bigott, Assistant Director, at (312) 220-7678. You may also reach us by email at AronovitzL@gao.gov or RedicanbigottG@gao.gov.

This draft has not been fully reviewed within GAO, is subject to change, and must be safeguarded to prevent its improper disclosure. Please do not show or release its contents for any purpose. All drafts remain the property of GAO. Upon request, all electronic copies of drafts must be destroyed and any hard copies of drafts must be returned. We appreciate your cooperation in this matter.

Sincerely yours,

Leslie G. Aronovitz
Director, Health Care

Enclosure