Index of Withheld Records from SSA releases
dated March 2, 2006 and July 13, 2006

| Doc. # | # of Pages | Description | Withheld Information | Basis for Withholding |
|---|---|---|---|---|
| SSA Doc #1 (March 2, 2006 release) | 11 pages referred<br><br>11 pgs w/h | 1 page June 3, 2006 9:57 re: MOU for Shared Use of SSA Video Hearing Facilities attaching 10 pages of draft MOU. | SSA withheld the entire document | SSA entirely withheld these records. The withheld material is protected by the deliberative process privilege, 5 U.S.C. § 552(b)(5). SSA entirely withheld from this record an email from an SSA employee to SSA and CMS employees attaching a draft agreement containing recommended revisions to the MOU. The email requests the attendance of the email recipients at a meeting to discuss the latest proposed changes to the MOU. |
| SSA Doc #2<br><br>DHHS Doc # 291 | 23 pages referred<br><br>22 pages w/h<br><br>1 page released | 1-page November 8, 2002, 11:11 a.m., email from SSA staff to CMS staff, re. teleconferencing for Medicare appeals, and attaching 1-page SSA document on videoconferencing site costs and 21-page SSA-wide video-teleconferencing proposal. | SSA- partially withheld the document | SSA entirely withheld the 1-page email dated November 8, 2002, released in entirety the 1-page SSA document on videoconferencing site costs and withheld in entirety the 21-page proposal entitled "SSA-Wide Video-Teleconferencing Proposal."<br><br>The withheld material is protected by the deliberative process privilege, 5 U.S.C. § 552(b)(5). The withheld material contains advice, recommendations, proposals, and draft cost estimates.<br><br>The withheld email is an exchange between an SSA employee and an employee of CMS discussing the effectiveness, cost and process of developing a teleconferencing tool for CMS similar to the process SSA instituted in it's Hearing Offices.<br><br>The withheld proposal contains a report of the draft findings of an intercomponent workgroup composed of representatives from |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | various SSA components.  The report includes proposed strategies for teleconferencing initiatives throughout SSA.  The report analyzes costs, projected sites and activities, existing infrastructure, needed infrastructure, technological issues, support available and needed, needs of the components and return on investments. |
| SSA Doc #3<br><br>DHHS Doc # 292 | 7 pages referred<br><br>7 pages w/h | | August 4, 2003 list of proposed Office of Hearings and Appeals VTC expansion sites from SSA. | SSA entirely withheld the document | SSA entirely withheld these records.  The withheld material is protected by the deliberative process privilege, 5 U.S.C. § 552(b)(5).  The withheld material contains proposed recommendations and estimates.  The withheld material is a chart of proposed VTC expansion sites for SSA and CMS.  The document was prepared by SSA employees for VTC expansion planning purposes.  A discussion of site locations is included in the final MOU between SSA and HHS. |
| SSA Doc #4<br><br>DHHS Doc # 293 | 28 pages referred<br><br>23 pages Released<br><br>2 pages partially released<br><br>3 pages w/h | | SSA Office of Hearings and Appeals documents, including: 4-page video hearings at SSA–past, present, and future;  10–page video hearings–expanded service option for the public;  11-page Office of Hearings and Appeals video conference user's guide; and  3-page Office of Hearings and Appeals video hearings talking points. | SSA partially withheld the document | SSA partially withheld these records.  The withheld material is protected by the deliberative process privilege, 5 U.S.C. § 552(b)(5).  The withheld material contains recommendations and projected information pertaining to future locations for video conferencing.<br><br>SSA partially withheld the 4-page document entitled :Video hearings at SSA Past, Present, and Future." The information withheld contains the proposed installation schedule for future video conferencing sites at hearing offices at SSA. The document was prepared by an SSA employee<br><br>SSA partially withheld the 10-page document entitled "Video Hearings Expanded Service Option for the Public." The 2 pages withheld contain projections of the number and locations for the |

| | | | | |
|---|---|---|---|---|
| | | | | expansion of video conferencing facilities at SSA. This document was prepared by SSA employees to brief SSA officials on the Video Hearing Initiative.<br><br>SSA released the 11 page Office of Hearing and Appeals video conference user's guide in entirety.<br><br>SSA partially withheld the 3-page Video Hearings Talking Points. SSA withheld two bullets of the talking points that contained information pertaining to the projected number of video conferencing sites at SSA. |
| SSA Doc #5<br><br>DHHS Doc # 294 | 41 pages referred<br><br>41 pages w/h | 1-page July 1, 2003, 9:47 a.m., email from SSA staff to CMS staff, re. draft of SSA final rule on VTC appearances before ALJs of the SSA (RIN 0960-AE97; SSA 737F), and attaching 8-page draft memorandum from SSA staff to SSA Commissioner re. draft SSA rule and 40-page draft SSA rule. | SSA entirely withheld the document | SSA entirely withheld these records. The withheld material is protected by the deliberative process privilege, 5 U.S.C. § 552(b)(5). The withheld material is an email attaching draft regulations for the use of video conferencing at SSA's administrative hearings. The proposed regulations are being circulated for comment by various components at SSA. The documents also contain a draft memorandum from SSA employees to the Commissioner explaining the proposed final rules including proposed changes from the previous version and the ramification of the changes as well as explanation of the need for the changes. |
| SSA Doc # 6<br><br>DHHS Doc # 295 | 14 pages referred<br><br>14 pages w/h | 2-page April 23, 2003 memorandum from SSA staff to SSA staff, reg. VTC strategy, and attaching 12 pages of attachments. | SSA entirely withheld the document | SSA entirely withheld these records. The withheld material is protected by the deliberative process privilege, 5 U.S.C. § 552(b)(5). The withheld material includes a two page memo from an SSA employee to an SSA employee discussing the need to develop a business case for video conferencing pursuant to a request by the Commissioner. The document describes the SSA |

| | | | | |
|---|---|---|---|---|
| | | | | employee's preliminary vision and recommendations for the project and a preliminary discussion of the costs and benefits. There are 12 pages of attachments to the document which support the cost benefit analysis. |
| SSA Doc # 7<br><br>DHHS Doc # 296 | 1 page referred<br><br>1 page w/h | August 4, 2003 list of tentative new VTC sites received from SSA. | SSA entirely withheld the document | SSA entirely withheld these records.  The withheld material is protected by the deliberative process privilege, 5 U.S.C. § 552(b)(5).  This document was drafted by an SSA employee and contains a one page list of tentative new video conferencing sites and the number of hearings at the site. |
| SSA Doc #8<br><br>DHHS Doc # 297 | 13 pages referred<br><br>13 pages released | 1-page May 14, 2004, 1:24 p.m., email from SSA staff to CMS staff, re. VTC regulations, and attaching 12-page SSA regulations at 68 Fed. Reg. 5210 (2003). | SSA released the entire documents | |
| SSA Doc #9<br><br>DHHS Doc# 298 | 17 pages referred<br><br>1 page partially released | 1-page May 16, 2003, 2:39 p.m., email from SSA staff to CMS staff, re. SSA's VTC sites, and attaching 1-page document on SSA VTC sites and 15-page proposed expansion list. | SSA partially withheld the document | SSA partially withheld these records.  The withheld material is protected by the deliberative process privilege, 5 U.S.C. § 552(b)(5).  The withheld material contains  recommendations and projected information pertaining to future locations for video conferencing.<br><br>SSA withheld two sentences in the one page email.  The withheld |

| | | | | |
|---|---|---|---|---|
| | 1 page released<br><br>15 pages w/h | | | portion of the email discusses future work needed at selected sites slated for deployment and the timeframe to complete the work.. The email reflects the SSA employee's proposed plan to deploy sites and his estimate of time for completion.<br><br>SSA released the one page document of existing SSAVTC sites.<br><br>SSA withheld the 15-page document on SSA VTC Site Requests. The document is a matrix prepared by SSA employees depicting proposed sites, the number of anticipated hearings, the number of days for hearings and costs associated with the trips to the site. The document was prepared to evaluate the needs of certain locations for implementation of video conferencing. The document was prepared as part of discussions within SSA as to where to place video conferencing and evaluate what locations need the facilities the most. |
| SSA Doc #10<br><br>DHHS Doc # 299 | 29 pages referred<br><br>29 pages w/h | Records related to June 2, 2005 draft of SSA MOU between SSA and HHS for shared use of SSA video hearing facilities, with typed edits. | SSA withheld the entire document | SSA entirely withheld these records. The withheld material is protected by the deliberative process privilege, 5 U.S.C. § 552(b)(5). The withheld document contains a draft version of a memorandum of understanding between the two agencies to share the use of video conferencing facilities. The document was prepared by SSA and sent to CMS for comment and revisions. The document contains track changes with proposed changes and comments. |
| SSA Doc #11 | 10 pages referred<br><br>10 pages | 1-page June 9, 2005, 9:29 p.m., email from SSA staff to CMS staff, re. Revised VH MOU attaching a 9-page draft MOU. | SSA withheld the entire document | SSA entirely withheld these records. The withheld material is protected by the deliberative process privilege, 5 U.S.C. § 552(b)(5). The withheld document contains is an email from and SSA employee to several CMS employees dated June 9, 2005 |

| | | | | |
|---|---|---|---|---|
| | w/h | | | attaching a draft version of a memorandum of understanding between the two agencies to share the use of video conferencing facilities. The document was prepared by SSA and sent to CMS for comment and revisions. |
| SSA Doc #12 | 10 pages referred<br><br>10 pages w/h | 1-page July 20, 2005 12:41 email from SSA staff to CMS staff re: VYC MOU | SSA withheld the entire document | SSA entirely withheld these records. The withheld material is protected by the deliberative process privilege, 5 U.S.C. § 552(b)(5). SSA entirely withheld from this record an email from an SSA employee to CMS employees dated July 20, 2005 attaching another revision of the draft agreement. The email requests specific further information from CMS regarding use of video conferencing facilities so the information can be included in the MOU. |
| SSA Doc #13 | 18 pages referred<br><br>18 pages w/h | 1 page email August 5, 2005 2:48pm re:HHS/SSA VTC MOU 8/5/2005 attaching a 17 draft MOU | SSA withheld the entire document | SSA entirely withheld these records. The withheld material is protected by the deliberative process privilege, 5 U.S.C. § 552(b)(5). SSA entirely withheld from this record an email from an SSA employee to SSA and CMS employees attaching another proposed revision of the draft agreement. The email discusses the changes that were made to the attached revised draft. |
| SSA Doc #14 | 8 pages referred<br><br>8 pages | 1 page July 12, 2005 3:58 pm email re: SSA/HHS VTC MOU attaching 7 pages | SSA withheld the entire document | SSA entirely withheld these records. The withheld material is protected by the deliberative process privilege, 5 U.S.C. § 552(b)(5). The withheld email dated July 12, 2005 from an SSA |

| | withheld | | | employee to a CMS employee discusses the implications of certain provisions of the most recent draft MOU that the employee is proposing. It also discusses the development of a proposed process to evaluate weekly use of SSA's facilities by CMS. Attached to the email are charts describing the proposed sites and a proposed chart to be used by CMS for scheduling the use of SSA's video conferencing facilities on a monthly basis. |
|---|---|---|---|---|