```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY,   )
  INC.,                         )
                                )
      Plaintiff,                )
                                )
      v.                        )   Civil Action No. 05-2266 (RBW)
                                )
UNITED STATES DEPARTMENT OF     )
  HEALTH AND HUMAN SERVICES,    )
                                )
      Defendant.                )
                                )
```

<u>DEFENDANT'S NOTICE OF FILING</u>

Defendant, by its undersigned attorneys, hereby files with the Court Exhibit 12 to the Declaration of Robert Eckert, Director of the Freedom of Information/Privacy Acts Division, Office of the Assistant Secretary for Public Affairs, Department of Health and Human Services, in support of Defendant's Cross-Motion for Summary Judgment, which was filed with the Court in all other respects on September 12, 2006.  This particular exhibit was too large for the Court's Electronic Filing System to accept.  Defendant's counsel, in consultation with courthouse staff, made repeated attempts to alter the file in such a way so as to make electronic filing possible, but these attempts were unsuccessful.  As a result, defendant is delivering to the Court a copy of this exhibit on CD-ROM and serving it upon plaintiff by mailing a duplicate copy of it to plaintiff's counsel.  This

-2-

completes the filing of supporting documents for defendant's cross-motion.

                                        Respectfully submitted,

_____
KENNETH L. WAINSTEIN
(DC Bar #451058)
United States Attorney

_____
RUDOLPH CONTRERAS
(DC Bar No. 434122)
Assistant United States Attorney

                                        _____/s/_____
Dated:  September 14, 2006   MICHAEL J. SHERMAN
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 616-5501