<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that Exhibit 12 to the Declaration of Robert Eckert, Director of the Freedom of Information/Privacy Acts Division, Office of the Assistant Secretary for Public Affairs, Department of Health and Human Services, filed in support of Defendant's Cross-Motion for Summary Judgment, was served upon plaintiff by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

| | |
|---|---|
| Patricia B. Nemore, Esq.<br>Center for Medicare<br>  Advocacy, Inc.<br>1101 Vermont Ave., NW<br>Suite 1001<br>Washington, DC  20005 | Gill Deford, Esq.<br>Center for Medicare<br>  Advocacy, Inc.<br>Post Office Box 350<br>Willimantic, CT  06226 |

on this 14th day of September 2006.

_____
MICHAEL J. SHERMAN