UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CENTER FOR MEDICARE ADVOCACY, INC.          )
                                            )
            Plaintiff,                      )
                                            )
            v.                              )          C.A. No. 1:05CV02266
                                            )                 (RBW)
UNITED STATES DEPARTMENT OF                 )
HEALTH AND HUMAN SERVICES                   )
                                            )
            Defendant.                      )
_____ )

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

        Plaintiff, by its undersigned attorneys, respectfully moves this Court, pursuant to Rule

6(b) of the Federal Rules of Civil Procedure, for an order granting an enlargement of time in

which to respond to Defendant's Cross Motion for Summary Judgment.

        Plaintiff filed this action on November 23, 2005, under the Freedom of Information Act

(FOIA), 5 U.S.C.  552  (2000 and Supp. III 2003), seeking disclosure of records related to the

design and establishment of Medicare administrative hearings by videoconferencing technology.

Defendant filed an Answer on January 18, 2006.  Plaintiff filed a motion for Injunction on April

13, 2006. On  April 19, 2006, the Court issued a scheduling order and on June 13, an order with

a briefing schedule.

        Before and since that time, numerous exchanges have occurred between plaintiff and

defendant's representatives concerning documents being provided and withheld by defendant

and concerning plaintiff's request for waiver of fees.  (See, generally,  Def's Statement of

Material Facts.) Defendant has released several batches of documents to plaintiff and provided

an informal index of documents he intended to withhold for plaintiff to review to determine if any could be eliminated from consideration. On August 23rd, defendant sought his third unopposed enlargement of time in which to submit his Cross Motion for Summary Judgment and supporting documents, including his Vaughn index.

On September 12, 2006, Defendant filed his Cross Motion for Summary Judgment, including a Vaughn index of over 200 pages, pursuant to the Court's order of August 25 granting defendant's motion for enlargement of time.

Since that time plaintiff has worked assiduously with defendant's substantial Vaughn index, to review and evaluate the validity of defendant's claims to privilege and to seek to narrow the scope of documents it wishes to challenge. Plaintiff has, however, been unable, in the time allotted, to complete its analysis, and so seeks this enlargement of time. The granting of this motion will save the Court and parties time in the long run as it will allow for a more expeditious review by the Court of the real issues remaining between the parties.

Plaintiff respectfully suggests that such an enlargement will not materially delay or prejudice this action; in fact, it is in plaintiff's interest to move the action as quickly as possible. Pursuant to Local Rule 7(m), principal counsel for Plaintiff has received authorization from defendant's counsel via electronic mail date of September 29, 2006 to state that defendant does not oppose the granting of this motion.

Respectfully submitted,

_____/s/_____
PATRICIA B. NEMORE
D.C. Bar No. 204446
Center for Medicare Advocacy, Inc.
1101 Vermont Avenue, N.W., Suite 1001
Washington, D.C. 20005
(202) 216-0028

GILL DEFORD
D.C. Bar No. 459280
JUDITH STEIN
BRAD PLEBANI
Center for Medicare Advocacy, Inc.
P.O. Box 350
Willimantic, CT 06226
(860) 456-7790

SALLY HART
Center for Medicare Advocacy, Inc.
100 North Stone Ave., Suite 305
Tucson, AZ 85701
(520) 327-9547

Attorneys for Plaintiff

DATED:

CERTIFICATE OF SERVICE

I, Patricia B. Nemore, hereby declare that, on September 29, 2006, I have filed

electronically with the Court Plaintiff's Unopposed Motion for Enlargement of Time, together

with a Proposed Order.  Notice of this filing, together with the documents, will be sent by email

to all parties by operation of the Court's electronically filing system.  Parties may access these

filings through the Court's CM/ECF system.