UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR MEDICARE ADVOCACY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HEALTH AND HUMAN SERVICES ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 1:05CV02266 <br> (RBW) |

ORDER

Upon consideration of Plaintiff's Unopposed Motion for Enlargement of Time and of the entire record herein, and it appearing to the Court that the granting of the motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this ___ day of _____, 2006,

ORDERED that Plaintiff's Unopposed Motion for Enlargement of Time be, and hereby is, granted; and it is further

ORDERED that the time by which plaintiff shall file its Opposition to Defendant's Cross-Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Injunction and accompanying papers be, and it hereby is, enlarged to and including October 10, 2006; and it is further

ORDERED that defendant shall file its Reply to Plaintiff's Opposition by no later than October 24, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Michael J. Sherman
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Avenue, NW, Suite 11050
Washington, DC 20530-0001

Patricia B. Nemore, Esq.
Center for Medicare Advocacy, Inc.
1101 Vermont Avenue, NW, Suite 10001
Washington, DC 20005

Gill Deford, Esq.
Center for Medicare Advocacy, Inc.
Post Office Box 350
Willimantic, CT 06226