UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
CENTER FOR MEDICARE ADVOCACY,  )
   INC.,                       )
                               )
      Plaintiff,               )
                               )
      v.                       )   Civil Action No. 05-2266 (RBW)
                               )
UNITED STATES DEPARTMENT OF    )
   HEALTH AND HUMAN SERVICES,  )
                               )
      Defendant.               )
                               )
```

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, by its undersigned attorneys, respectfully moves the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an order granting an enlargement of time of five business days, to and including October 31, 2006, in which to file its reply to plaintiff's opposition to defendant's cross-motion for summary judgment.

Plaintiff commenced this action on November 23, 2005, under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2000 & Supp. IV 2004), seeking the disclosure of records related to the design and establishment of Medicare administrative hearings by videoconferencing technology.

On June 12, 2006, plaintiff and defendant filed a Joint Statement of the Parties Pursuant to Local Rule 16.3(c).  This statement contained a proposed briefing schedule, which was memorialized and approved by the Court in an Order also dated June 12, 2006.  Pursuant to this Order, as well as to subsequent

-2-

Orders, defendant filed its cross-motion for summary judgment on September 12, 2006, and plaintiff filed its opposition on October 10, 2006. Defendant's reply is currently due on October 24, 2006.

However, due to the volume of claims raised by plaintiff in its opposition, combined with the fact that defendant's principal counsel has had multiple absences from the office for health-related reasons, defendant requires additional time in which to finish its reply in an orderly fashion. Defendant is taking all reasonable steps to complete this as quickly as possible. Defendant respectfully submits that the requested enlargement will not materially delay the resolution of this case.

Pursuant to Local Rule 7(m), defendant's principal counsel has conferred with plaintiff's counsel regarding the instant motion and has been advised that plaintiff does not oppose it.

-3-

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time. A proposed order is attached herewith.

Respectfully submitted,

_____
JEFFREY A. TAYLOR
(DC Bar #498610)
United States Attorney


_____
RUDOLPH CONTRERAS
(DC Bar No. 434122)
Assistant United States Attorney


_____/s/_____
Dated: October 18, 2006    MICHAEL J. SHERMAN
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 616-5501