```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

CENTER FOR MEDICARE ADVOCACY,  )
  INC.,                        )
                               )
     Plaintiff,                )
                               )
     v.                        )  Civil Action No. 05-2266 (RBW)
                               )
UNITED STATES DEPARTMENT OF    )
  HEALTH AND HUMAN SERVICES,   )
                               )
     Defendant.                )
_____)
```

ORDER

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time, of all papers filed with respect thereto, and of the entire record herein, and it appearing to the Court that the granting of the motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this ____ day of _____ 2006,

ORDERED that Defendant's Unopposed Motion for Enlargement of Time be, and it hereby is, granted; and it is further

-2-

ORDERED that the time by which defendant shall file its reply be, and it hereby is, enlarged by five (5) business days, to and including October 31, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Patricia B. Nemore, Esq.
Center for Medicare
  Advocacy, Inc.
1101 Vermont Ave., NW
  Suite 1001
Washington, DC  20005


Gill Deford, Esq.
Center for Medicare
  Advocacy, Inc.
Post Office Box 350
Willimantic, CT  06226

Michael J. Sherman
Attorney-Advisor
Office of Information and
  Privacy
United States Department of
  Justice
1425 New York Ave., NW,
  Suite 11050
Washington, DC  20530-0001