DEPARTMENT OF HEALTH AND HUMAN SERVICES
OFFICE OF THE GENERAL COUNSEL
General Law Division
Room 4760 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201

Facsimile Transmission Sheet

| | |
|---|---|
| TO: Michael J. Sherman, Esq.<br>U.S. Dept. of Justice | FROM: Patricia Mantoan<br><br>Phone: (202) 619-0177<br><br>Fax: (202) 619-2922 |

| | |
|---|---|
| Total Pages<br><br>1 plus cover | Fax Number: 202-514-1009<br><br>Date: 10/27/2006 |

Center for Medicare Advocacy, Inc. v. HHS, Civil no. 05-02266

Attached is Exhibit C for the supplemental declaration.

The attached information is **CONFIDENTIAL** and is intended only for the use of the addressee(s) identified above. If the reader of this message is not the intended recipient(s) or the employee or agent responsible for delivering the message to the intended recipient(s), please note that any dissemination, distribution or copying of the communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone (202-619-0150) and return the original message to us at the address above via U.S. Mail. Thank you.

# MEMORANDUM OF UNDERSTANDING
# BETWEEN THE
# SOCIAL SECURITY ADMINISTRATION
# AND THE
# DEPARTMENT OF HEALTH AND HUMAN SERVICES
# FOR SHARED USE OF SSA VIDEO HEARING FACILITIES

## I. PURPOSE

This Memorandum of Understanding (MOU) implements the offer to share video hearing facilities of the Social Security Administration (SSA) with the Department of Health and Human Services (HHS) for the conduct of Medicare hearings by HHS Administrative Law Judges (ALJs) set forth in the letter dated April 4, 2005 from Commissioner Jo Anne B. Barnhart to Secretary Michael O. Leavitt, attached hereto as Appendix A.

## II. BACKGROUND

As required by section 931(a)(2)(L) of the Medicare Prescription Drug, Improvement and Modernization Act of 2003 (MMA), Pub. L. No. 108-173, 117 Stat. 2066 (2003), the Commissioner of SSA and the Secretary of HHS have explored opportunities for sharing resources in connection with the transfer of the Medicare hearings function from SSA to HHS. The agencies have jointly determined that SSA can assist HHS by sharing use of SSA's video hearing facilities.

## III. AUTHORITY

The authority to share resources in connection with the transfer of the Medicare hearings function from SSA to HHS derives from section 931 of the MMA. The Economy Act, 31 U.S.C. 1535, provides the authority for SSA to permit use of its video hearing facilities on a cost reimbursable basis.

## IV. RESPONSIBILITIES

### A. Social Security Administration Responsibilities

1. SSA has identified and will continue to identify hearing sites nationwide where it has the available capacity to offer half or full day blocks of time to HHS to conduct video hearings in Medicare cases, and has offered the use of these video-equipped facilities on a full cost reimbursable basis to HHS. For purposes of this agreement, a half-day block of time represents either four hours before noon or four hours after noon.

2. SSA will update the list of available hearing sites and blocks of time periodically, as described in the Protocol for Shared Use of SSA's Video Hearing Facilities, Appendix B hereto;

3. SSA will provide access to and use of SSA designated hearing sites to all persons whom the HHS ALJs determine to be necessary and appropriate to conduct video hearings on Medicare appeals.

Exhibit

Fax sent by : 2026192922         OGC GLD              10-27-06 12:22       Pg: 3/19
Case 1:05-cv-02266-RBW   Document 25-5   Filed 10/31/2006   Page 3 of 19

2

4. SSA will appropriately furnish and equip the sites with items necessary for the conduct of video hearings, including telephone lines, fax machines, camera, television and microphones, and shall provide utilities and restroom facilities.

5. SSA will maintain the video hearing equipment in working condition for use by HHS and will provide technical assistance to ensure connectivity and to resolve problems with the operation of the equipment.

6. Based on estimated usage by HHS, SSA will make available to HHS 2 gateway ports for concurrent use in FY 2005. HHS will be billed for the cost of 2 ports and related technical support as provided in Appendix C.

7. From the date of execution of this agreement, HHS must notify SSA every 90 days in advance of its projected concurrent use of gateway ports. SSA will upgrade the gateway capacity of its video hearing network if HHS demand of gateway resources requires expansion or building a dedicated network for HHS use. HHS will reimburse SSA for costs of expansion resulting from its requirements.

8. SSA will provide monthly statements for the on-going fees charged for HHS's scheduled use of SSA's video hearing facilities as described in Section V below and Appendix C.

9. SSA will review and revise the fee schedule where necessary prior to renewing this MOU for successive time periods (See Section VII).

10. SSA will provide to HHS copies of all SSA access control and security standards related to the use of SSA space.

11. SSA will designate a contact person to coordinate implementation of this agreement.

B. <u>Department of Health and Human Services Responsibilities</u>

1. HHS will use the designated SSA hearing sites for the sole purpose of conducting Medicare video hearings and permit access and use of the hearing sites only by those persons whom the HHS ALJs determine to be necessary and appropriate to conduct the hearing.

2. HHS assumes all responsibility for the conduct and performance of its employees and contractors. HHS will utilize SSA suitability standards (see Appendix D) when awarding contracts for services related to this MOU. HHS agrees that contractors who have not met SSA suitability standards will not be permitted access to SSA hearing sites.

3. HHS will use and operate all video and other equipment and furnishings provided by SSA with due care and in the manner of their intended use and shall report any breakage, malfunction or damage immediately to the SSA contact person designated in IV. A. 11. of this agreement. HHS shall contract separately for digital recording equipment.

4. HHS will reimburse SSA for actual costs associated with HHS's use of SSA's video hearing facilities, as provided in Appendix C.

5. HHS will be responsible for payment of any scheduled block of time that is not cancelled at least 5 business days prior to the scheduled hearing, per Appendix B, item 4.

6. HHS will comply with all SSA access control and security standards related to the use of SSA space.

7. HHS will designate a contact person to coordinate implementation of this agreement.

## V.  FUNDS

A. HHS agrees to reimburse SSA for the full costs of its use of SSA hearing sites and video equipment for Medicare hearings in accordance with the Statement of Federal Financial Accounting Standards No. 4: Managerial Cost Accounting Standards.

B. HHS will reimburse SSA for all system expansion costs at the time SSA incurs obligation for those costs.

C. SSA will provide HHS a monthly statement of its scheduled video hearing use (half day or full day) by hearing site with date and appropriate fees in accordance with the cost schedule attached at Appendix C. The estimated cost for video hearing use based on 8 hearings per day is $34,000.

D. Immediately upon issuance of the monthly statement, SSA will bill HHS via IPAC for costs to HHS using the following information:

**HHS**
Agency Symbol: 75-03-0030
Appropriation: 75-5-0120
EIN: 1-52139604046A1
Finance Contact:
Kimberly Bannister
Budget Analyst, OSEO
Room 801, HHH Building
200 Independence Avenue, SW
Washington, DC 20201
(202) 690-6702

**SSA**
Agency Symbol: 28-04-0001
Appropriation: 28-5-8704
EIN: 52-600-4813
Finance Contact:
Mark Silvestri
Director
Division of Central Accounting
(410) 965-0017

## VI.  DAMAGE TO PROPERTY OR EQUIPMENT

HHS agrees to pay SSA for any damage to SSA real and personal property or to SSA leased space resulting from the acts and omissions of HHS employees, HHS contractors, or other individuals permitted access to or use of SSA hearings sites by HHS.

## VII.  DURATION OF AGREEMENT

The parties may mutually agree to alter the terms of the MOU at any time by entering into a written modification. This MOU is effective from July 1, 2005 through September 30, 2005.

4

Thereafter, the parties may renew this MOU for successive one year periods (October 1 through September 30) by executing a Form SSA-1235. The parties may mutually agree to terminate this MOU at any time. In addition, SSA may unilaterally terminate this MOU at any time for breach of any of the terms and conditions stated herein after providing HHS 5 business days written notice of the breach. SSA further reserves the right to immediately terminate the access to any SSA video hearing facility of any HHS employee, contractor or other person admitted to the SSA site by HHS for inappropriate conduct, damage to property or failure to comply with SSA access and security standards.

VIII. PROJECT LIAISONS

DHHS
Judge Perry Rhew
Office of Medicare Hearings and Appeals
BP Tower and Garage
200 Public Square, Suite 1300
Cleveland, OH 44114-2316
Telephone Number: (216) 615-4050

SSA
Rita S. Geier
Executive Counselor to the Commissioner
Social Security Administration
400 Virginia Avenue SW, Suite 700
Washington, DC 20_
Telephone Number: (202) 358-6502
Facsimile Number: (202) 358-6506

IX. SIGNATURES

WHEREFORE, the Department of Health and Human Services and the Social Security Administration do hereby enter into this Memorandum of Understanding as evidenced by the signatures below and agree that this MOU is consistent with all applicable law and regulation:

_Perry Rhew_ AUG 15 2005        _Patricia Jonas_ 16 2005
Judge Perry Rhew                  Patricia Jonas
Acting Chief Administrative Law Judge   Assistant Deputy Commissioner, Office of
                                        Disability and Income Security Programs

For the Department of Health     For the Social Security Administration
and Human Services

APPENDIX A



# SOCIAL SECURITY
The Commissioner

April 04, 2005

The Honorable Michael O. Leavitt
Secretary
Department of Health and Human Services
200 Independence Avenue, SW
Washington, D.C. 20201

Dear Secretary Leavitt:

Our agencies have worked cooperatively over the last several years, even before the mandate of the Medicare Prescription Drug, Improvement and Modernization Act of 2003 (MMA), to plan and execute the transfer of responsibility for the Medicare hearings function from the Social Security Administration (SSA) to the Department of Health and Human Services (HHS). Let me assure you that I continue to be committed to working with you to ensure a successful transfer. I have made working with HHS toward this goal a high priority, and assigned my Executive Counselor to lead SSA's efforts. As required by section 931 of the MMA, we have explored opportunities for our agencies to share resources in connection with the transfer that would enhance the quality of service provided to Medicare appellants. SSA staff has been working very closely with HHS staff over the past 39 months and provided extensive information about our experience with Medicare hearings.

We have jointly determined that the area in which SSA can assist HHS by sharing resources is in the use of SSA's video hearing (VH) facilities. I am pleased to inform you that SSA can offer HHS the opportunity to share use of its VH facilities in 71 sites nationwide. A list of the 71 VH sites is attached. We believe that it will be possible for HHS to schedule approximately 9,000 hearings at these sites. As we have in the past, we will continue to consult with your staff to assist you in developing your own VH capacity.

We identified the offices where we can offer HHS blocks of time to schedule video hearings based on a survey of our VH facilities in February, 2005—guided by the policy giving priority to SSA's needs to use its VH facilities as stated in the March 25, 2004 Report to Congress by former Secretary Tommy Thompson and myself.

Assuming an average 2 hour Medicare hearing, we estimate HHS could schedule approximately 9,000 video hearings a year using the currently available sites. As SSA's expansion of VH sites continues through 2006, additional sites may become available. Since VH availability in any given site may vary over time, SSA will periodically update the list of available sites. Shared use of SSA's VH resources would be on a full cost reimbursement basis and subject to the

Fax sent by : 2026192922  OGC GLD  10-27-06 12:23  Pg: 7/19
OCT-15-2008 1:55  Case 1:05-cv-02266-RBW  Document 25-5  Filed 10/31/2006  Page 7 of 19  410 597 0010  P.06/18

6

security and administrative procedures that SSA deems necessary. These terms need to be included in a Memorandum of Understanding or other agreement between our agencies.

Again, I am committed to continuing SSA's assistance and support to HHS to successfully transfer responsibility for Medicare appeals as mandated by MMA. I look forward to working with you toward that goal. For your information, I have enclosed a copy of my letter to Senators Grassley and Baucus, in response to their inquiry dated March 25, 2005, regarding our progress on this issue.

Please contact me if you have questions or for further discussion of this matter or have your staff contact Rita Geier, Executive Counselor for Special Initiatives, at (202) 358-6502.

> Sincerely,
>
> /s/
>
> Jo Anne B. Barnhart

Enclosure

Fax sent by : 2026192922          OGC.GLD                    10-27-06 12:23     Pg: 8/19
Case 1:05-cv-02266-RBW    Document 25-5    Filed 10/31/2006    Page 8 of 19

7

*REVISED July 15, 2005

## SSA Hearing Sites Available
## For Shared Use of Videoconference Facilities
## As of March 31, 2005

| | |
|---|---|
| Anchorage, AK | |
| Dothan, AL | |
| El Dorado, AR | Meridan, MS |
| Jonesboro, AR | Missoula, MT |
| Bakersfield, CA | Lincoln, NE |
| Eureka, CA | Asheville, NC |
| Grand Junction, CO | Greenville, NC |
| Pueblo, CO | Lumberton, NC |
| New Castle, DE | Roanoke Rapids, NC |
| Clearwater, FL | Goshen, NY |
| Ft. Myers, FL | Hackensack, NJ |
| Melbourne, FL | Binghamton, NY |
| West Palm Beach, FL | Poughkeepsie, NY |
| Athens, GA | Utica, NY |
| August, GA | Mansfield, OH |
| Waycross, GA | Toledo, OH |
| Boise, ID | Lawton, OK |
| Hazard, KY | Allentown, PA |
| Baton Rouge, LA | Erie, PA |
| Lafayette, LA | Corpus Christi, TX |
| Lake Charles, LA | Newport News, VA |
| Monroe, LA | Bluefield, WV |
| Hyannis, MA | Beckley, WV |
| Worcester, MA | Parkersberg, WV |
| Cambridge, MD | Lewisburg, WV |
| Salisbury, MD | Green Bay, WI |
| Augusta, ME | Oshkosh, WI |
| Bangor, ME | Eau Claire, WI |
| Cape Gireardeau, MO | Santa Fe, NM |
| Hannibal, MO | Yakima, WA |
| Joplin, MO | Olympia, WA |
| Columbus, MS | Kennewick, WA |
| Greenville, MS | |
| Greenwood, MS | |

*Original list included Newburgh, NY and Tri Cities, WA.
Goshen is the permanent site for Newburgh and Kennewick is a part of the Tri Cities.
Hagerstown, MD, Bethlehem, PA, Guam, Logan, WV, and Wenatchee, WA have been removed from original list.

Fax sent by : 2026192922   OGC GLD                    10-27-06 12:24    Pg: 14/19
Case 1:05-cv-02266-RBW   Document 25-5   Filed 10/31/2006   Page 9 of 13/18

13

The contractor agrees to the following:

- Compliance with SSA security policies and the AIS requirements;

- Protect appropriately all information subject to the provisions of the Privacy Act of 1974, the Internal Revenue Code (as currently amended), SSA Regulation 1 and section 1106 of the Social Security Act, the Computer Fraud and Abuse Act of 1986, the Taxpayer Browsing Protection Act of 1997, and FAR 52.239-1;

- Compliance with all SSA rules of conduct; this includes unauthorized access to, or disclosure of, agency programmatic or sensitive information or IRS Tax Return information, unauthorized access to an agency AIS, or unauthorized access of information for personal gain (including, but not limited to monetary gain) or with malicious intent;

- Be subject to personnel suitability background investigations appropriate to designated sensitivity levels (critical-sensitive, non-critical sensitive, etc.), as specified in Handbook Chapter 3);

- Ensure all contractor personnel receive appropriate security training commensurate with their responsibilities;

- Completes, <u>Exhibit C, Non-Disclosure Agreement for Removal of SSA Sensitive Information</u> in cases where sensitive information is removed from SSA premises;

- Provides a list of the anticipated threats and hazards and a description of the safeguards which will be used to ensure the protection of sensitive and critical information. This includes the unauthorized inspection or disclosure of IRS Tax Return information.

- Ensures that language is included in each contract where access to SSA systems has been authorized; that in the event contractor personnel performing on this contract, either leave the company or are removed from the project, or are arrested or charged with a crime during the term of this contract, the contractor shall notify the Security Officer, Project Officer, and Contracting Officer immediately.

- Agrees to allow SSACSO or designee inspect facilities housing SSA data and safeguards.

D.  **Contract Administration**

After the contract has been awarded, the PO must ensure that security is maintained at the appropriate level and there is continued compliance with SSA security policies. The PO should consult with his security officer or SSACSO or Director, OSSOM, if necessary. All instances of noncompliance must be reported to the Contracting Officer, or designated representative, for necessary action.

E.  **References**

**LAW AND REGULATION**

Privacy Act of 1974, P.L. 93-579, 5 U.S.C.§ 552a (1974)

Computer Fraud and Abuse Act of 1986, 18 U.S.C. 1030, 1994 Amendments

Fax sent by : 2026192922    OGC-GLD    10-27-06 12:23    Pg: 9/19
Case 1:05-cv-02266-RBW    Document 25-5    Filed 10/31/2006    Page 10 of 19

8

## APPENDIX B

## PROTOCOL FOR SHARED USE OF SSA'S VIDEO HEARING FACILITIES

1. SSA will survey its hearing sites to determine half/full-day blocks of time that may be offered to HHS for video hearings. Available half/full-days have been provided to HHS for July-September 2005 and will be provided monthly thereafter. SSA video hearing sites will be available for HHS beginning on the day following the date of execution of this agreement.

2. SSA will provide to HHS each month a schedule of the blocks of time available at the hearing sites two months in advance; for example, on September 1, 2005, SSA will provide a calendar for November.

3. HHS will notify SSA on Friday of each week of its scheduled use of SSA video hearing sites for the week after the following week. For example HHS will notify SSA on Friday August 26, 2005, of scheduled hearings for the week of September 5-9, 2005.

4. HHS will be charged the actual costs for each block of time in which it schedules a hearing/s. HHS may avoid the charge for a scheduled block of time by informing SSA of a cancellation at least five business days in advance of the scheduled hearing date.

5. SSA will revise the list of designated hearing sites as additional sites become video-equipped and the calendar will include blocks of time available in the expanded network, once the new sites are fully functioning.

6. Hearing sites will be available for HHS Medicare hearings during the normal business hours of each site, usually 8:00 am to 5:00 pm.

7. An HHS representative will pick up and sign for the hearing site key from the nearest SSA field office for which SSA will provide the address and a contact person. On the day of the hearing(s), HHS will open the hearing site office. HHS will initiate a video conference call from the HHS site to the SSA site and perform any pre-call checks to ensure video and audio quality is at an acceptable level. After the hearing(s) is completed, HHS will terminate the call with the "end call" button on the remote control at the SSA site. The video equipment should always remain on. Before leaving, HHS personnel will ensure that the hearing site is left in an orderly condition and that it is secured. The HHS representative will return the hearing site key to the SSA field office.

8. In the event of an equipment malfunction or technical difficulty at the SSA end of the transmission, an SSA technician will evaluate the situation and provide technical assistance to correct the problem. The names and phone numbers of the responsible SSA technical staff will be available at each hearing site.

Fax sent by : 2026192922   OGC.GLD   10-27-06 12:23   Pg: 10/19
Case 1:05-cv-02266-RBW   Document 25-5   Filed 10/31/2006   Page 11 of 19

9

## APPENDIX C

### FEES FOR HHS USE OF SSA VIDEO HEARING FACILITIES

1. On-going Fees (based on ½ day or full day scheduled block of time for each site)

|  | ½ Day | Full Day |
|---|---|---|
| Administrative costs including scheduling and billing | $108 | $108 |
| Office space | $ 28 | $ 56 |
| Equipment | $ 31 | $ 62 |
| Total per block of time | $167 | $226 |

2. Monthly fee for all sites
   Gateway usage of 2 ports..................................................... $1,355 per month

Fax sent by : 2026192922    OGC GLD                10-27-06 12:29    Pg: 11/19
Case 1:05-cv-02266-RBW    Document 25-5    Filed 10/31/2006    Page 12 of 19

10

# APPENDIX D

## SSA SUITABILITY STANDARDS

### A. Overview

The Office of Management and Budget (OMB) Circular A-130 requires that Agencies consider information security requirements and specifications prior to acquiring or developing information systems. Every solicitation or acquisition that involves the development of an Automated Information System (AIS), or the use of SSA AIS resources, must include appropriate security requirements. Security requirements must be considered in all phases of the acquisition cycle; planning, solicitation, review of offeror's proposals/quotes, contract award, and contract administration. The term contract in this chapter includes contracts, contract modifications, purchase orders, delivery orders, and task orders.

Contractors, and any subcontractors, who perform direct AIS services for SSA, including time-sharing service contractors, must meet these requirements. The requirements also apply to contractors who participate in the design, development, operation, or maintenance of AIS information technology (IT) systems for SSA. All contractors are required to safeguard the application systems, software packages, personal data, sensitive data including Internal Revenue Service (IRS) Federal Tax Information, trade secrets, and other SSA AIS assets against destruction, loss, or misuse. Unauthorized disclosure of Federal Tax Information (FTI) is subject to prosecution under Sections 6103, 7213, 7213A and 7431 of the IRS Code. Contractor and subcontractor employees serve as an extension of the SSA workforce and must, therefore, meet and abide by all SSA systems security requirements.

### B. Responsibilities

**SSA Chief Security Officer (SSACSO, formerly SSAISSO)**

- Ensures that SSA's systems security policies and procedures are implemented and followed in all contractual processes;

- Provides support and guidance to the Director of OSSOM who assists Project Officers (PO) and Contracting Officers (CO) in carrying out their responsibilities, e.g. serves on technical panels as necessary to ensure security considerations are included when applicable in all phases of the acquisition cycle;

- Reviews and initials the systems procurement request to indicate that the statement of work (SOW) includes adequate controls for AIS security and non-disclosure of personal information, including IRS Tax Return information, protected by federal laws or regulations ((or delegates review to designated security officer (CSO/CDSI);

Reviews the apparent successful offer/quote and approves the Security Certification for Automated Information Systems Contracts (Exhibit A) and

- Reviews Contractor's security compliance.

**CDSI/Component Security Officer**

- Provides support to COs and POs for systems security awareness and training;

- May assist in reviews of contractor compliance with SSA security policies and

procedures;

- Reviews and authorizes contractor requests for access to SSA systems (See Chapter 10, <u>Systems Access Security</u>). Ensures that the systems access is limited to one year or the contract period, whichever occurs first. The access may be renewed and requires a new SSA-120. Ensures that the PO has considered if Federal Tax Information (FTI) is involved, and if so, that the SOW includes that safeguarding of FTI as part of the requirements.

**Contracting Officer**

- Includes a statement in the solicitation requiring offerors to present a detailed outline of their proposed AIS security program in their proposals;

- Includes 1) a statement in the solicitation that the offeror (including applicable subcontractors) is required to comply with SSA security requirements, 2) the Removal From Duty clause (Agency specific clause), and 3) language provided by the PO for safeguarding IRS Tax Return Information;

- Contact your contracting officer in OAG or in the Regional Office regarding information about relevant contract clauses.

- With the CDSI/CSO, provides a briefing to contractors on SSA security requirements regarding confidentiality of and disclosure and protection of information entrusted to them and ensures that the Contractor Personnel Security Certification form (Exhibit B) has been signed. This form should have been signed when contract was signed and maintained with the contract;

- Includes the clause Privacy or Security Safeguards, Federal Acquisition Regulation (FAR) 52.239-1, in solicitations and contracts for IT that requires IT security;

- Assures availability of the parts of the SSA Information Systems Security Handbook to all prospective offerors.

- Assures the contractor facilities housing SSA data and safeguards may be reviewed by SSACSO or designee.

**Project Officer**

Conducts a preliminary security sensitivity assessment and an analysis of security requirements, including if Federal Tax Information (FTI) is involved, as part of the requirements analysis;

- In conjunction with the applicable line management must determine the sensitivity/risk levels for contractor positions;

- Forward any requests for contractor access to SSA systems;

- Immediately notify their security officer and/or Director, OSSOM when contractor access should be terminated due to end-of-task, change of duty, resignation, termination etc.

- Coordinates with the RSO/CSO, as necessary to ensure that contractor personnel are fully informed of their security responsibilities and are aware of their responsibilities for

11

Fax sent by : 2026192922   OGC-GLD   Case 1:05-cv-02266-RBW   Document 25-5   Filed 10/31/2006   Page 14 of 19   10-27-00;12:24   416 OPT 0010   P.12/18

12

protecting sensitive information by specifying the security requirements in the Statement of Work (SOW);

- Ensures that the SOW adequately outlines the SSA Security and Automated Information Systems (AIS) requirements including the safeguarding of IRS Tax Return information as part of the requirements analysis;

- Certifies that successful proposals comply with all security requirements and obtains the signature of the SSA Chief Security Officer (SSACSO) on the certification statement (Exhibit A);

- Conducts on-site inspections and/or testing of the offeror's computer security safeguards, as specified in the SOW and the evaluation plan;

- Monitors, on an ongoing basis, contractor adherence to security provisions;

- Ensures that personnel suitability background investigations are performed for certain contractor personnel. All of the investigative forms for contractors, with the exception of the fingerprint form, may be found on the Office of Personnel Intranet Site at http://cp.ba.ssa.gov/ope/forms/security.htm (See Handbook Chapter 3, Personnel Security and Suitability Program for AIS Related Positions);

- Retrieves the SSA building badge from the contractor for each employee who is terminated. Also removes that individual from the rolodex file and retrieves all badges upon completion of the contract;

- Completes the exit checklist with the contractor to ensure that all building badges, sensitive materials, etc. have been returned to SSA upon completion or termination of the contract;

- Reviews the reason for resignation or termination of a contractor employee to determine if further SSA action is necessary.

### Office of Personnel Suitability Program Officer

- Formulates SSA personnel security and suitability policies and procedures;

- Concurs with the PO's and line management's sensitivity/risk level determination for each contractor position (see Handbook Chapter 3);

- Initiates required personnel background investigations. Note: The Protective Security Suitability Program Officer in the Office of Protective Security Services will initiate background investigations for contractor personnel unless the contract has a Top Secret designation;

- Makes suitability and security clearance determinations consistent with agency policy and procedures;

- Grants or withholds security clearance to occupy a sensitive position;

- Issues removal letters for contractor employees who receive an unsatisfactory determination and forwards a copy to the CO and PO.

C.  **Contractor Requirements**

Taxpayer Browsing Protection Act of 1997, P.L. 105-35

Regulation No. 1, 1937

Social Security Act, as amended, Section 1106, Disclosure of Information in Possession of Agency, 1939 Amendments

Tax Reform Act of 1976, P.L. 94-455

Internal Revenue Service Code Sections 6103, 7213, 7213A and 7431

5 Code of Federal Regulations (CFR):

> Chapter 731, "Personnel Suitability"
> Chapter 732, "Personnel Security"
> Chapter 736, "Personnel Investigations"

Executive Order 10450 -- Security Requirements for Government Employment (1953).

Executive Order 12968 -- Access to Classified Information (1995).

FAR 52.239-1, Privacy or Security Safeguards

## OFFICE OF MANAGEMENT AND BUDGET

Office of Management and Budget Circular A-130, "Management of Federal Information Resources"

## GENERAL SERVICES ADMINISTRATION

*GSA Handbook*, "Federal ADP and Telecommunications Standards Index."

## NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY

National Institute of Standards and Technology (NIST) Publication (PUB) List 58, *Federal Information Processing Standards Publication (FIPS PUBS) Index.*

NIST PUB List 91, *Computer Security Publications.*

NIST Internal Report 4749, *Sample Statements of Work for Federal Computer Security Services: For Use In-House or Contracting Out*, December 1991.

Special PUB 800-4, *Computer Security Considerations in Federal Procurements: A Guide for Procurement Initiators, Contracting Officers, and Computer Security Officials*, March 1992.

## INTERNAL REVENUE SERVICE

IRS Publication 1075, *Tax Information Security Guidelines for Federal, State, and Local Agencies OMB No. 1545-0962.*

**Chapter 19 - Exhibit A: Security Certification
for Automated Information Systems Contracts**

The SSA Chief Security Officer has determined that all relevant security requirements have been addressed in the proposal and that the acquisition of this FIP resource complies with the security requirements specified by SSA.

Certifying Official : _____

   SSA Chief Security Officer                                    Date

## Chapter 19 - Exhibit B: Contractor Personnel Security Certification

Purpose: This form is used for contractor personnel to certify that they understand SSA's security, confidentiality and ethics requirements.

*I understand the SSA security, confidentiality and ethics requirements and agree that:*

1.  I will follow all SSA rules of conduct and security policy/privacy rules/regulations.

2.  I agree not to construct and maintain, for a period of time longer than required by the contract, any file containing SSA data unless explicitly agreed to by SSA in writing as part of the task documentation.

3.  I agree to safeguard SSA information when taken offsite.

4.  I will not inspect Social Security Information without an authorized purpose, or while performing an authorized procedure.

5.  I agree to keep confidential any third-party proprietary information that may be entrusted to me as part of the contract.

6.  I will not release or disclose any Social Security information to any unauthorized person. Social Security information includes Federal Tax Information, whose unauthorized disclosure in subject to penalties under Sections 6103, 7213, 7213A and 7431 of the IRS Code.

7.  I understand that disclosure of any information to parties not authorized by SSA may lead to civil and/or criminal prosecution under Federal Regulations.

8.. I understand that I will be subject to a personnel security and suitability background investigation.


_____

Contractor Employee                                      Date

Chapter 19 - Exhibit C:
Non-Disclosure Agreement for Removal of SSA Sensitive Information

The undersigned _____(1)_____ Official agrees to the following limitations on access to and use of _____(2)_____ provided from Social Security Administration records. Specifically it is agreed:

1. This information contained in these documents (paper or electronic), can potentially assist unauthorized individuals to gain access to the Social Security Administration's computer systems, which contain records about individuals which are protected by the Privacy Act.

2. That the information provided by SSA will remain the property of SSA and will be held by the undersigned only so long as necessary for evaluation and shall be returned to SSA immediately thereafter.

3. That the information provided by SSA shall not be duplicated or disseminated in whole or in part, in any manner.

4. That the information provided in any format by SSA, is to be stored in a secure manner. For paper documents, this should be an immovable container (such as a four drawer safe) accessible only to the _____(1)_____ officials who have signed this statement. Further, it must be transported in a secured locked container. For electronic documents/data, this information should be stored with security/access controls that meet SSA security requirements. See Chapter 8 in Systems Security Handbook. Chapter 8 Security Level Requirements

5. That the undersigned understand that civil and/or criminal sanctions may cover any disclosure on his/her part.

6. A review of compliance to SSA's requirements including onsite and technical review of Facilities and safeguards implemented by the SSACSO or their designee.

_____          _____
Signature of Official                                               Date

(1) Name of company or government entity

(2) List of specific documents