UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR MEDICARE ADVOCACY, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES | ) ) ) ) |
| Defendant. | ) ) ) |

Case No. 05-2266

## DECLARATION OF ETHEL BURROWS

I, Ethel Burrows, hereby declare as follows:

1) I am a Social Insurance Specialist in the Office of Public Disclosure (OPD) of the Social Security Administration (SSA). This Office is responsible for establishing policies and practices to administer the Freedom of Information Act (FOIA), 5 U.S.C. ' 552; the Privacy Act, 5 U.S.C. ' 552a; the Internal Revenue Code provision on disclosure, 26 U.S.C. ' 6103, as it pertains to SSA; section 1106 of the Social Security Act, 42 U.S.C. ' 1306; SSA regulations on disclosure, 20 C.F.R. Parts 401 and 402; and other disclosure issues. In addition, OPD is responsible for deciding whether to release or withhold records under the FOIA.

2) I have personal knowledge of procedures used in handling FOIA requests for information from SSA files pursuant to title 5 United States Code, section 552.

1

3) I am the Team Leader assigned to this case and have personally reviewed all the SSA documents at issue in this litigation.

4) I reviewed all documents listed as withheld in the <u>Vaughn</u> index that was filed by SSA. The documents withheld as draft documents were not adopted as the official agency positions or statements of policy.

5) In response to Article II found at pages 25-27 of plaintiff's opposition brief where plaintiff references SSA <u>Vaughn</u> index items 1 and 10 and requests that SSA release final versions of these documents, SSA released the final version of this document in the July 13, 2006 release of documents. The final document is entitled "Memorandum of Understanding Between the Social Security Administration and the Department of Health and Human Services For Shared Use of SSA Video Hearing Facilities." SSA signed the memorandum on August 16, 2005 and HHS signed the memorandum on August 15, 2005. This memorandum is also the final version of the draft <u>Vaughn</u> items numbered 11 and 12 referenced in footnote 5 of plaintiff's opposition brief.

6) Plaintiff also references <u>Vaughn</u> index item 6 in footnote 5 of the opposition brief. SSA released a final rule on "Video Teleconferencing Appearances Before Administrative Law Judges" published in the <u>Federal Register</u> on February 3, 2003, as part of the July 13, 2006 release. The final regulation is SSA's final decision on the issue of using video teleconferencing technology to conduct administrative hearings. Item 6 is an internal memorandum between SSA officials in which one SSA official proposes a very early vision of how video teleconferencing

2

could be used at SSA. The memorandum contains attachments with preliminary cost-benefit analysis for the use of video teleconferencing to conduct hearings at SSA.

7) I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2006.

*[signature]*
Ethel Burrows
Social Insurance Specialist
Social Security Administration

3