UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR MEDICARE ADVOCACY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, )<br>)<br>Defendant. )<br> ) | Civil Action No.  05-2266 (RBW) |

**<u>ORDER</u>**

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby

**ORDERED** that the plaintiff's motion for permanent injunction is **Granted**  as to it's fee waiver request and **Denied** as to its request for a permanent injunction requiring the defendant to produce the challenged documents.  It is further

**ORDERED** that the defendant's cross-motion for summary judgment is granted as to all the challenged documents pursuant to Exemption 5 of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (2000) and denied as to the plaintiff's request for a fee waiver.  It is further

**ORDERED** that the parties are not required to comply with this Order until  thirty days after the  issuance of this Court's Memorandum Opinion.  It is further

**ORDERED** this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

**SO ORDERED** this 28th of March 2008.

/s/_____
REGGIE B. WALTON
United States District Court Judge