UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CENTER FOR MEDICARE ADVOCACY, INC.   )
                                     )
         Plaintiff,                  )
                                     )
    v.                               )   Civil Action No.  05-2266 (RBW)
                                     )
UNITED STATES DEPARTMENT OF          )
HEALTH AND HUMAN SERVICES,           )
                                     )
         Defendant.                  )
_____)

## AMENDED ORDER

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued contemporaneously with this order, it is hereby

**ORDERED** that the plaintiff's motion for a permanent injunction is **Granted** as to it's fee waiver request and **Denied** as to its request for a permanent injunction requiring the defendant to produce the challenged documents.  It is further

**ORDERED** that the defendant's cross-motion for summary judgment is **Granted** as to all the challenged documents pursuant to Exemption 5 of the Freedom of Information Act, 5 U.S.C. § 552 (2000), and **Denied** as to the plaintiff's request for a fee waiver.  It is further

**ORDERED** that the defendant shall grant the plaintiff a public interest fee waiver.

**SO ORDERED** this 17th of September 2008.

/s/_____
REGGIE B. WALTON
United States District Court Judge